### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JAMAREE JAMES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL ACTION FILE NO. |
| | ) |
| SERVBANK, SB, INC. formely | ) |
| known as ALLIED FIRST BANK, | ) |
| SB & NATIONSTAR MORTGAGE, | ) |
| LLC dba MR. COOPER, | ) |
| | ) |
| Defendant(s) | ) |

_____

### COMPLAINT FOR WRONGFUL FORECLOSURE

COMES NOW, Plaintiff Jamaree James, by and through his counsel of record and files this Complaint for Wrongful Foreclosure for violation of O.C.G.A. 44-14-162.2 notice requirement and FHA's COVID-19 Loss Mitigation Waterfall process, alleging as follows:

1.      At all times relevant herein, Plaintiff was over the age of eighteen and was a resident living at 6470 St. Mark Way, Fairburn, GA Fulton County Georgia, (hereinafter referred to as "subject property").

2.      Defendant, SERV BANK, SB, INC. (hereinafter referred to as "Serv Bank"), is an Illinois corporation registered to do business in Arizona but conducting business in the State of Georgia without a registered agent, with its principal place of business located at 3201 Orchard Rd. Oswego, IL 60543. Defendant, however, can be served with process at its registered agent's address in Arizona at CT Corporation System 3800 N Central Ave. Ste 460 Phoenix, AZ 85012.

3.      Defendant NATIONSTAR MORTGAGE, LLC DBA MR. COOPER, is a Texas corporation registered to do business in the State of Georgia with the Secretary of State with its principal place of business located at 8950 Cypress

Waters Blvd, Dallas, TX, 75019. Defendant, however, can be served with process at its registered agent's address Corporation Service Company, 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092.

4.  The parties have complete diversity of jurisdiction and the amount in controversy is over $75,000.

## FACTUAL BACKGROUND

6.  On July 25th, 2019, Jamaree James purchased the real property known as 6470 St. Mark Way, Fairburn, GA. (Exhibit A- Warranty Deed from Ann Glaze) The original lender for the transaction was Everett Financial.

7. The loan and note issued to Mr. James was for $183,612.00 and was an FHA loan and thus subject to certain safeguards before foreclosure procedures could be pursued. (Exhibit B- Original Note and Security Deed)

8. On March 10th, 2022, the loan and security deed was assigned from Everett to Nation Star Mortgage dba Mr. Cooper. (Exhibit C- Assignment to Nationstar) On October 25th, 2023, Nation Star assigned the loan to Defendant Servbank which at that time was known as Allied First Bank, SB doing business as Servbank. (Exhibit D- Assignment to Allied)

9. In 2020, Plaintiff did apply for a forbearance of the loan due to the financial hardships caused by Covid-19 as well as the requirement to allocate his funds to take care of family members. The forbearance was granted and had a term of 16 months. (Exhibit E- Forbearance Confirmation Letters)

10. At the end of the forbearance, in March of 2022, the Plaintiff received a grant in the amount of $32,000, $27,000 of which was to pay off the past due balance at that time and then the remainder as a 3-month advance for the next 3 months. This amount was paid to the then loan holder, Nation Star/ Mr. Cooper. (Exhibit F- Ga Comm. Affairs approved grant assistance and payment confirmation)

9. Despite the lump sum payment to loan servicer Mr. Cooper for Nation Star by the GA Dept. of Community Affairs, Mr. James received a letter from Servbank on May 2nd, 2023, stating his loan was delinquent in their system. (Exhibit G- Letter from Servbank May 2nd)

10. The receipt of this notice was very confusing to the Plaintiff for two reasons. First, Nation Star had not yet assigned the loan to Allied Bank dba Servbank yet. It was not assigned until October of 2023 according to deeds and records. Also, the grant from GA Community Affairs covered his mortgage through July of 2023, so why was he receiving notice that his account was past due in May.

11. Despite this confusion, and the fact that Allied Bank was not legally able to negotiate the loan because it had not yet been assigned to them, Plaintiff continued to received notices of delinquency from July through September 2023. (Exhibit H- Letters from Servbank July-November 2023)

12. In September of 2023, Plaintiff decided to cooperate with Allied Bank by sending a mortgage assistance application to start the process of qualifying for one of the available remedies afforded to FHA loans. However, they claimed they never received it.

13. The loan was assigned to Allied Bank dba Servbank from Nationstar towards the end of October 2023. Plaintiff James submitted re-submitted his mortgage assistance application to them about a month and a half later in December of 2023. (Exhibit I- Mortgage Assistance Application to lender)

14. On December 14th, Servbank issued a letter to Mr. James stating that they could not consider his assistance application because they received it too late, less than 30 days from the scheduled foreclosure. (Exhibit J- Letter from Servbank denying mortgage assistance).

15. The foreclosure occurred on January 2nd, 2024. (Exhibit K- Foreclosure Deed) Mr. James did not receive a certified notice from the lender as provided by O.C.G.A. 44-14-162.2, which must be sent before foreclosure. A search of the Daily Report, the legal organ for Fulton County at that time, also reveals there was no publication as required by law.

## STATEMENT OF CLAIM

## <u>WRONGFUL FORECLOSURE</u>

### <u>Count I- Violation of the FHA Loss Mitigation Process</u>

15.     The Foreclosure sale conducted on January 2nd, 2024, was wrongful as it was not done prior to exhausting all possible FHA remedies and because the debtor did not receive the statutory certified notice of the foreclosure at least 30 days prior.

16.   When the Federal Housing Administration (FHA) insures a mortgage, the borrower is entitled to a special loss mitigation process if they become delinquent to help them avoid foreclosure. The U.S. Department of Housing and Urban Development (HUD) requires lenders and loan services to attempt to prevent foreclosures on FHA-backed home loans using the waterfall procedures outlined.

17. As of April 30th, 2023, all loan servicers were required to now evaluate all eligible borrowers with FHA-insured mortgages using the COVID-19 loss mitigation waterfall process. The COVID-19 loss mitigation waterfall process temporarily replaced the regular FHA waterfall evaluation for all borrowers. These temporary options were available through September 30, 2025 and just recently ended.

18. The servicer was required to evaluate the borrower for loss mitigation alternatives in the following order: 1) Repayment Plan, 2) Forbearance, 3) Standalone Partial Claim 4) Loan Modification plus partial claim, 5) Payment Supplement 6) Loan Modification outside of waterfall procedures, 7) Short Sale

8) Deed in Lieu of Foreclosure. Once the borrow qualifies for one, the evaluation stops.

19. Servbank was assigned the mortgage on October 25th, 2023, and it was advertised for foreclosure in December of 2023. This is not enough time for the loan servicer or lender to take Mr. James through the mortgage assistance application and qualification process for FHA loans.

20. Lenders and loan servicers are required to take FHA loan borrowers through this mitigation process before initiating foreclosure. For the Defendants to fail to do so is a direct violation of the law that resulted in the foreclosure being wrongful.

## COUNT II- VIOLATION OF O.C.G.A. 44-14-162.2 NOTICE REQUIREMENTS

21. O.C.G.A. 44-14-162 (a) provides in part " No sale of real estate under powers contained in mortgages, deeds, or other lien contracts shall be valid unless the sale shall be advertised and conducted at the time and place and in the usual manner of the sheriff's sales in the county in which such real estate or a part thereof is located and unless notice of the sale shall have been given as required by Code Section 44-14-162.2."

22. O.C.G.A. 44-14-162.2 provides for the certified mail notice requirements by stating "Notice of the initiation of proceedings to exercise a power of sale in a mortgage, security deed, or other lien contract shall be given to the debtor by the secured creditor no later than 30 days before the date of the proposed foreclosure. Such notice shall be in writing, shall include the name, address, and telephone number of the individual or entity who shall have full authority to negotiate, amend, and modify all terms of the mortgage with the debtor, and shall be sent by registered or certified mail or statutory overnight delivery, return receipt requested, to the property address or to such other address as the debtor may designate by written notice to the secured creditor."

23. While Mr. James received several communications from Servbank, he did not receive the statutory notice 30 days before the foreclosure. Nor did the lender publish notice in the Daily Report, the newspaper for Fulton County.

## COUNT III- FAILURE OF MR. COOPER TO TRANSFER FINANIAL ASSISTANCE

24. Per the records from GA Community Affairs, they made a payment of $32,321.41 on March 8th, 2023, to Nationstar Mortgage that does business as Mr. Cooper. See Exhibit D. However, it appears either Defendant Mr. Cooper did not apply the assistance to his account properly or the amounts were not transferred over to Servbank when they were assigned the loan.

25. This is clearly evident from the letters he was receiving from Servbank starting in April of 2023.

### MONETARY DAMAGES

26. The Defendant's actions have resulted in Mr. James losing his home, a prized possession that he worked hard for.

27. 6470 St. Mark Way, Fairburn, GA is valued at $ 290,000 and that is the amount he is asking for as monetary compensation.

### Attorney's fees

28. Because Defendant's actions evidence bad faith and have caused Plaintiff undue expense, Plaintiff is entitled to recover her necessary expenses of litigation, including an award of reasonable attorney's fees and expenses required by this action. (O.C.G.A. § 13-6-11).

29. Plaintiff is entitled to **$3,156.00** in Attorney's fees accrued thus far, and further attorney's fees, as well as all other court cost and cost of litigation that may accrue.

Wherefore Plaintiff prays the Court:

(a)    Grant Plaintiff actual, punitive and compensatory money damages;

(b)    Impose all penalties permissible against Defendants;

(e)    Grant Plaintiff all court costs, court related fees, and attorney's fees;

(f)    Grant Plaintiff any and all further relief which this Court deems just and proper.

Respectfully submitted this __4th__ day of December 2025.

By:

/s/ S. Diane Clair Esq.
S. Diane Clair, Attorney for Plaintiff
GA Bar #468301

The Clair Firm, LLC
3384 Peachtree Rd. Ste 475
Atlanta, GA 30326
(404)-793-1464 office phone
attorneyclair@theclairfirm.com

## IN THE FEDERAL DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

JAMAREE JAMES )
)
     Plaintiff, )
)
     vs. )    CIVIL ACTION FILE NO. _____
)
)
SERVBANK, SB, INC. formely known as )
ALLIED FIRST BANK, SB & )
NATIONSTAR MORTGAGE, LLC dba )
MR. COOPER )
           Defendant(s), )

## VERIFICATION

Personally appeared before the undersigned officer duly authorized by law to administer oaths, the

following, after being first duly sworn, deposes and states that the facts contained in the within and

foregoing Complaint for Wrongful Foreclosure and Exhibits are true and correct to the best of his

knowledge and belief.

This 1st day of December 2025

_Jamaree_

JAMAREE JAMES

Subscribed and sworn to before me,

this 1st day of December 2025.

_Jaymia Benson_

Notary Public

Seal

My Commission Expires: 7/24/28



**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| JAMAREE JAMES **)** | |
| **)** | |
| Plaintiff, ) | |
| **)** | |
| vs. ) | CIVIL ACTION FILE NO. |
| ) | |
| SERVBANK, SB, INC. formely ) | |
| known as ALLIED FIRST BANK, ) | |
| SB & NATIONSTAR MORTGAGE, ) | |
| LLC dba MR. COOPER, ) | |
| ) | |
| Defendant(s) ) | |

_____

**<u>CERTIFICATE OF SERVICE</u>**


    **I HEREBY CERTIFY** that a true and correct copy of the foregoing COMPLAINT FOR WRONGFUL FORECLOSUE has been furnished to the persons listed below by Private Process Server on this __5th__ day of _December_____ 2025.

ServBank
CT Corporation System
3800 N Central Ave.
Ste 460 Phoenix, AZ 85012

Nationstar Mortgage, LLC dba Mr. Cooper
2 SUN COURT
SUITE 400
PEACHTREE CORNERS, GA, 30092


                                      Respectfully Submitted,
                                        /s/ S. Diane Clair

                                        S. Diane Clair Esq.
                                        Bar No. 468301
                                        The Clair Firm, LLC
                                        3384 Peachtree Rd.
                                        Suite 475
                                        Atlanta, GA 30326
                                      attorneyclair@theclairfirm.com
                                        404-793-1464

# EXHIBIT A

19-1675



Return Recorded Document to
The Hawes Law Firm, LLC
1110 Satellite Blvd  Suite 305
Suwanee, GA 30024

## LIMITED
### WARRANTY DEED

STATE OF GEORGIA
COUNTY OF Gwinnett                                   FILE #: **19-1675**

Parcel: 07 -1501-0139-083-7

**THIS INDENTURE** made this **25th** day of **July, 2019,** between **Ann Elizabeth Glaze**  of the County of Fulton and State of Georgia, as party or parties of the first part, hereinunder called Grantor, and **Jamaree James**  as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires
or permits).

**WITNESSETH** that: Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations in hand paid, at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee.

**All that tract or parcel of land lying and being in Land Lot 139, of the 7th District, of Fulton County, Georgia, being Lot 66, St Josephs Subdivision, Phase I, as per plat recorded in Plat Book 308, Pages 141 - 148, Fulton County, Georgia Records, which plat is incorporated herein and made a part hereof by this reference.**

**Reference: 6470 St Mark Way, Fairburn, GA 30213**

This Deed is given subject to all easements and restrictions of record.

**TO HAVE AND TO HOLD** the said tract or parcel of land, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee, forever in **FEE SIMPLE.**

**AND THE SAID** Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the claims of all persons by, through and under the above named grantor.

**IN WITNESS WHEREOF,** Grantor has hereunto set grantor's hand and seal this day and year first above written.

Signed, sealed and delivered in presence of:

_____                              *Ann Elizabeth Glaze*
Witness                                                       **Ann Elizabeth Glaze**

                                                     (SEAL)
_____
Notary Public

# EXHIBIT B

Loan Number: **290190636280**

MIN: **100307110012119918**

**Multistate**

# NOTE

FHA Case Number:
**106-1993799-703**

**July 25, 2019**
(Date)

**FAIRBURN, GEORGIA**
(City, State)

**6470 ST MARK WAY**
**FAIRBURN, GEORGIA 30213**
(Property Address)

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. **$183,612.00** (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is **EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING, A TEXAS CORPORATION**. I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of **3.500%**.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the **1st** day of each month beginning on **September 1, 2019**. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on **August 1, 2049**, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at

**EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING**
**14801 QUORUM DRIVE, SUITE 300**
**DALLAS, TEXAS 75254**

or at a different place if required by the Note Holder.

### (B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. **$824.50**.

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to any accrued and unpaid interest on the Prepayment amount before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

---

**MULTISTATE FHA Fixed Rate Note**

**1/2015-b**

Page 1 of 3

IDS, Inc.



Loan Number: **290190636280**                                                    MIN: **100307110012119918**

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of **15** calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **4.000%** of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 14 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

---

**MULTISTATE FHA Fixed Rate Note**                                                    **1/2015-b**

IDS, Inc.



Loan Number: **290190636280**

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

MIN: **100307110012119918**



JAMAREE JAMES

(Seal)
-Borrower

(Seal)
-Borrower

Loan originator (Organization): **EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING; NMLS #: 2129**
Loan originator (Individual): **KENZIE FLOOD; NMLS #: 1507497**

*(Sign Original Only)*

PAY TO THE ORDER OF:

_____
WITHOUT RECOURSE
**EVERETT FINANCIAL INC.,**
**DBA: SUPREME LENDING, A TEXAS CORPORATION**

BY: _____
**NAME: YOLANDA   MEDINA**
**TITLE: POST CLOSING MANAGER**

**MULTISTATE FHA Fixed Rate Note**

IDS, Inc.

Page 3 of 3

1/2015-b

Deed Book 60358 Pg 235
Filed and Recorded Aug-13-2019 07:55am
2019-0300239
Georgia Intangible Tax Paid $552.00
**CATHELENE ROBINSON**
Clerk of Superior Court
Fulton County, Georgia

WHEN RECORDED, MAIL TO:
**EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING**
**14801 QUORUM DRIVE, SUITE 300**
**DALLAS, TEXAS 75254**

This instrument was prepared by:
**EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING**
**14801 QUORUM DRIVE, SUITE 300**
**DALLAS, TEXAS 75254**
**214-340-5225**

*Record and Return to:*
*The Hawes Law Firm, LLC*
*1110 Satellite Blvd, Suite 305*
*Suwanee, GA 30024*

Parcel ID Number: **07-1501-0139-083-7**

Loan Number: **290190636280**

_____ (Space Above This Line For Recording Data) _____

# SECURITY DEED

FHA Case Number:
**106-1993799-703**

MIN: **100307110012119918**
SIS Telephone #: **(888) 679-MERS**

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 10, 12, 17, 19 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 15.

**(A) "Security Instrument"** means this document, which is dated **July 25, 2019**, together with all Riders to this document.

**(B) "Borrower"** is **AMAREE JAMES, SINGLE MAN**. Borrower is the grantor under this Security Instrument.

**(C) "MERS"** is **Mortgage Electronic Registration Systems, Inc.** MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the grantee under this Security Instrument.** MERS is organized and existing under the laws of **Delaware**, and has an address and telephone number of **P.O. Box 2026, Flint, MI 48501-2026**, tel. **(888) 679-MERS**.

**(D) "Lender"** is **EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING**. Lender is **A TEXAS CORPORATION**, organized and existing under the laws of **TEXAS**.
Lender's address is **14801 QUORUM DRIVE, SUITE 300, DALLAS, TEXAS 75254**.

**(E) "Note"** means the promissory note signed by Borrower and dated **July 25, 2019**. The Note states that Borrower owes Lender **ONE HUNDRED EIGHTY-THREE THOUSAND SIX HUNDRED TWELVE AND NO/100** Dollars (U.S. **$183,612.00**) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than **August 1, 2049**.

___

FHA Georgia Security Deed with MERS 1/2015

IDS, Inc - 59458

Page 1 of 10

Borrower(s) Initials _____



**(F) "Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

**(G) "Loan"** means the debt evidenced by the Note, plus interest, late charges due under the Note, and all sums due under this Security Instrument, plus interest.

**(H) "Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower (check box as applicable):

☐ Adjustable Rate Rider ☐ Condominium Rider ☒ Planned Unit Development Rider

☒ Other(s) (specify): **Waiver of Borrower's Rights Rider,**

**(I) "Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

**(J) "Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

**(K) "Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

**(L) "Escrow Items"** means those items that are described in Section 3.

**(M) "Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(N) "Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

**(O) "Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

**(P) "RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. § 2601 *et seq*.) and its implementing regulation, Regulation X (12 C.F.R. Part 1024), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(Q) "Secretary"** means the Secretary of the United States Department of Housing and Urban Development or his designee.

**(R) "Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS, with power of sale, the following described property located in the County of **FULTON**:

**SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT "A".**

Parcel ID Number: **07 -1501-0139-083-7**

which currently has the address of **6470 ST MARK WAY**
**FAIRBURN, GEORGIA 30213**, ("Property Address"):

TO HAVE AND TO HOLD this property unto MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, forever, together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security

---

FHA Georgia Security Deed with MERS 1/2015

IOS, Inc - 59458

Page 2 of 10

Borrower(s) Initials _____

Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

**1. Payment of Principal, Interest, Escrow Items, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 14. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

**2. Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority:

First, to the Mortgage Insurance premiums to be paid by Lender to the Secretary or the monthly charge by the Secretary instead of the monthly mortgage insurance premiums;

Second, to any taxes, special assessments, leasehold payments or ground rents, and fire, flood and other hazard insurance premiums, as required;

Third, to interest due under the Note;

Fourth, to amortization of the principal of the Note; and,

Fifth, to late charges due under the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount of the Periodic Payments.

**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums to be paid by Lender to the Secretary or the monthly charge by the Secretary instead of the monthly Mortgage Insurance premiums. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay

FHA Georgia Security Deed with MERS 1/2015

IDS, Inc - 59458

Borrower(s) Initials 



to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 14 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest will be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall

FHA Georgia Security Deed with MERS 1/2015

IDS, Inc. - 59458

Page 4 of 10

Borrower(s) Initials 

cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as additional loss payee.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

**6. Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender determines that this requirement shall cause undue hardship for the Borrower or unless extenuating circumstances exist which are beyond Borrower's control.

**7. Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

If condemnation proceeds are paid in connection with the taking of the property, Lender shall apply such proceeds to the reduction of the indebtedness under the Note and this Security Instrument, first to any delinquent amounts, and then to payment of principal. Any application of the proceeds to the principal shall not extend or postpone the due date of the monthly payments or change the amount of such payments.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

**8. Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate

---

FHA Georgia Security Deed with MERS 1/2015

IOS, Inc - 59458

Page 5 of 10

Borrower(s) Initials _____



information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

**9. Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property (as set forth below). Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, making repairs, replacing doors and windows, draining water from pipes, and eliminating building or other code violations or dangerous conditions. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**10. Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 18, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of

---

FHA Georgia Security Deed with MERS 1/2015

IDS, Inc. - 59458

Page 6 of 10

Borrower(s) Initials _____



Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**11. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

**12. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 17, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 19) and benefit the successors and assigns of Lender.

**13. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. Lender may collect fees and charges authorized by the Secretary. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment with no changes in the due date or in the monthly payment amount unless the Note holder agrees in writing to those changes. Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**14. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

**15. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

FHA Georgia Security Deed with MERS 1/2015

IDS, Inc - 59458

Page 7 of 10

Borrower(s) Initials _____



As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**16. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

**17. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 17, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 14 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**18. Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to reinstatement of a mortgage. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. However, Lender is not required to reinstate if: (i) Lender has accepted reinstatement after the commencement of foreclosure proceedings within two years immediately preceding the commencement of a current foreclosure proceedings; (ii) reinstatement will preclude foreclosure on different grounds in the future, or (iii) reinstatement will adversely affect the priority of the lien created by this Security Instrument. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 17.

**19. Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 14) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 17 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 19.

**20. Borrower Not Third-Party Beneficiary to Contract of Insurance.** Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower acknowledges and agrees

---

FHA Georgia Security Deed with MERS 1/2015

IDS, Inc - 59458

Page 8 of 10

Borrower(s) Initials 



that the Borrower is not a third party beneficiary to the contract of insurance between the Secretary and Lender, nor is Borrower entitled to enforce any agreement between Lender and the Secretary, unless explicitly authorized to do so by Applicable Law.

**21. Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**22. Acceleration; Remedies. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 17 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense of Borrower to acceleration and sale. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may invoke the power of sale granted by Borrower and any other remedies permitted by Applicable Law. Borrower appoints Lender the agent and attorney-in-fact for Borrower to exercise the power of sale. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.**

**If Lender invokes the power of sale, Lender shall give a copy of a notice of sale by public advertisement for the time and in the manner prescribed by Applicable Law. Lender, without further demand on Borrower, shall sell the Property at public auction to the highest bidder at the time and place and under the terms designated in the notice of sale in one or more parcels and in any order Lender determines. Lender or its designee may purchase the Property at any sale.**

**Lender shall convey to the purchaser indefeasible title to the Property, and Borrower hereby appoints Lender Borrower's agent and attorney-in-fact to make such conveyance. The recitals in the Lender's deed shall be prima facie evidence of the truth of the statements made therein. Borrower covenants and agrees that Lender shall apply the proceeds of the sale in the following order: (a) to all expenses of the sale, including, but not limited to, reasonable attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it. The power and agency granted are coupled with an interest, are irrevocable by death or otherwise and are cumulative to the remedies for collection of debt as provided by Applicable Law.**

**If the Property is sold pursuant to this Section 22, Borrower, or any person holding possession of the Property through Borrower, shall immediately surrender possession of the Property to the purchaser at the sale. If possession is not surrendered, Borrower or such person shall be a tenant holding over and may be dispossessed in accordance with Applicable Law.**

---

FHA Georgia Security Deed with MERS 1/2015

IDS, Inc - 59458

Page 9 of 10

Borrower(s) Initials _____



**23. Release.** Upon payment of all sums secured by this Security Instrument, Lender shall cancel this Security Instrument. Borrower shall pay any recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

**24. Waiver of Homestead.** Borrower waives all rights of homestead exemption in the Property.

**25. Assumption Not a Novation.** Lender's acceptance of an assumption of the obligations of this Security Instrument and the Note, and any release of Borrower in connection therewith, shall not constitute a novation.

**26. Security Deed.** This conveyance is to be construed under the existing laws of the State of Georgia as a deed passing title, and not as a mortgage, and is intended to secure the payment of all sums secured hereby.

BORROWER ACCEPTS AND AGREES to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

IN WITNESS WHEREOF, Borrower has signed and sealed this Security Instrument.

_____ (Seal)                                        _____ (Seal)
**JAMAREE JAMES**                     -Borrower                                                                      -Borrower

STATE OF GEORGIA,                                                  County ss:

Signed, sealed and delivered this _____ 25 _____ day of _____ July _____, 2019
in the presence of:

_____
Unofficial Witness

Witness my hand and seal this _____ 25 _____ day of _____ July _____, 2019.

Notary Public,
State of **GEORGIA**                   County

Loan originator (Organization): **EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING**; NMLS #: **2129**
Loan originator (Individual): **KENZIE FLOOD**; NMLS #: **1507497**

FHA Georgia Security Deed with MERS 1/2015
IDS, Inc - 59458                                        Page 10 of 10



19-1675

### EXHIBIT "A"

All that tract or parcel of land lying and being in Land Lot 139, of the 7th District, of Fulton County, Georgia, being Lot 66, St Josephs Subdivision, Phase I, as per plat recorded in Plat Book 308, Pages 141 - 148, Fulton County, Georgia Records, which plat is incorporated herein and made a part hereof by this reference.

Also Known By Street and Number: **6470 St Mark Way, Fairburn, GA 30213**

Deed Book 60398 Pg 249

Loan Number: **290190636280**

## GEORGIA WAIVER OF BORROWER'S RIGHTS RIDER

BY EXECUTION OF THIS PARAGRAPH, GRANTOR EXPRESSLY: (1) ACKNOWLEDGES THE **RIGHT TO ACCELERATE** THE DEBT AND THE **POWER OF ATTORNEY** GIVEN HEREIN TO LENDER TO SELL THE PREMISES BY NONJUDICIAL FORECLOSURE UPON DEFAULT BY GRANTOR WITHOUT ANY JUDICIAL HEARING AND WITHOUT ANY NOTICE OTHER THAN SUCH NOTICE AS IS REQUIRED TO BE GIVEN UNDER THE PROVISIONS HEREOF; **THIS MEANS THAT MY FAILURE TO MEET EVERY CONDITION OF THE MORTGAGE LOAN MAY RESULT IN THE LOSS OF MY PROPERTY THROUGH FORECLOSURE,** (2) **WAIVES** ANY AND ALL RIGHTS WHICH GRANTOR MAY HAVE UNDER THE FIFTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES, THE VARIOUS PROVISIONS OF THE CONSTITUTION FOR THE SEVERAL STATES, OR BY REASON OF ANY OTHER APPLICABLE LAW, TO NOTICE AND TO JUDICIAL HEARING PRIOR TO THE EXERCISE BY LENDER OF ANY RIGHT OR REMEDY HEREIN PROVIDED TO LENDER, EXCEPT SUCH NOTICE AS IS SPECIFICALLY REQUIRED TO BE PROVIDED HEREOF; (3) ACKNOWLEDGES THAT GRANTOR HAS READ THIS DEED AND SPECIFICALLY THIS PARAGRAPH OF THIS DEED, AND ANY AND ALL QUESTIONS REGARDING THE LEGAL EFFECT OF SAID DEED AND ITS PROVISIONS HAVE BEEN EXPLAINED FULLY TO GRANTOR AND GRANTOR HAS BEEN AFFORDED AN OPPORTUNITY TO CONSULT WITH COUNSEL OF GRANTOR'S CHOICE PRIOR TO EXECUTING THIS DEED; (4) ACKNOWLEDGES THAT ALL WAIVERS OF THE AFORESAID RIGHTS OF GRANTOR HAVE BEEN MADE KNOWINGLY, INTENTIONALLY AND WILLINGLY BY GRANTOR AS PART OF A BARGAINED FOR LOAN TRANSACTION; AND (5) AGREES THAT THE PROVISIONS HEREOF ARE INCORPORATED INTO AND MADE A PART OF THE SECURITY DEED.

READ AND AGREED BY GRANTOR:

_____  -Grantor
JAMAREE JAMES

_____  -Grantor

Signed, sealed and delivered in the presence of the two
attesting witnesses:

_____  -Grantor

Notary Public

(Official Seal)

_____  -Grantor

Unofficial Witness

Georgia Waiver of Borrower's Rights Rider
IDS, Inc - 27726

10/94

Loan Number: **290190636280**

## CLOSING ATTORNEY'S AFFIDAVIT

Before the undersigned attesting officer personally appeared the undersigned the undersigned closing attorney, who, having been first duly sworn according to law, states under oath as follows:

In closing the above loan, but prior to the execution of the Deed to Secure Debt and "Waiver of the Borrower's Rights" by the Borrower(s), I reviewed with and explained to the Borrower(s) the terms and provisions of the Deed to Secure Debt and particularly the provisions thereof authorizing the Lender to sell the secured property by a nonjudicial foreclosure under a power of sale, together with the "Waiver of Borrower's Rights" and informed the Borrower(s) of Borrower's rights under the Constitution of the State of Georgia and the Constitution of the United States to notice and judicial hearing prior to such foreclosure in the absence of a knowing, intentional and willing contractual waiver by Borrower(s) of Borrower's rights. After said review with and explanation to Borrower(s), Borrower(s) executed the Deed to Secure Debt and "Waiver of Borrower's Rights."

Based on said review with and explanation to the Borrower(s), it is my opinion that Borrower(s) knowingly, intentionally and willingly executed the waiver of Borrower's constitutional rights to notice and judicial hearing prior to any such nonjudicial foreclosure.

Sworn to and subscribed before me on the date set forth above.

_____ Notary Public          _____ Closing Attorney

## FORECLOSURE CLOSING DISCLOSURE

O.C.G.A. Section 7-1-1014(3) requires that we inform you that if you fail to meet any condition or term of the agreements that you sign in connection with obtaining a mortgage loan you may lose the property that serves as collateral for the mortgage loan through foreclosure.



**JAMAREE JAMES**          7.25.19
                          Date                    _____ Date

GEORGIA Closing Attorney's Affidavit
IDS, Inc - 41811                    Page 1 of 1

Deed Book 60398 Pg 251

Loan Number: **290190636280**

MIN: **100307110012119918**
*FHA Case Number:* **106-1993799-703**

# FHA PLANNED UNIT DEVELOPMENT RIDER

THIS PLANNED UNIT DEVELOPMENT RIDER is made this **25th day of July, 2019**, and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust or Security Deed ("Security Instrument") of the same date given by the undersigned ("Borrower") to secure Borrower's Note ("Note") to **EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING, A TEXAS CORPORATION** ("Lender") of the same date and covering the Property described in the Security Instrument and located at:

**6470 ST MARK WAY**
**FAIRBURN, GEORGIA 30213**
(Property Address).

The Property Address is a part of a planned unit development ("PUD") known as

**ST JOSEPHS**
(Name of Planned Unit Development).

**PUD COVENANTS.** In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

A.  So long as the Owners Association (or equivalent entity holding title to common areas and facilities), acting as trustee for the homeowners, maintains, with a generally accepted insurance carrier, a "master" or "blanket" policy insuring the property located in the PUD, including all improvements now existing or hereafter erected on the mortgaged premises, and such policy is satisfactory to Lender and provides insurance coverage in the amounts, for the periods, and against the hazards Lender requires, including fire and other hazards included within the term "extended coverage," and loss by flood, to the extent required by the Secretary, then: (i) Lender waives the provision in Paragraph 3 of this Security Instrument

---

**FHA — MULTISTATE PUD Rider**                                                           **1/2015**

Page 1 of 2

IDS, Inc.                                                              Borrower(s) Initials _____



for the monthly payment to Lender of one-twelfth of the yearly premium installments for hazard insurance on the Property, and (ii) Borrower's obligation under Paragraph 5 of this Security Instrument to maintain hazard insurance coverage on the Property is deemed satisfied to the extent that the required coverage is provided by the Owners Association policy. Borrower shall give Lender prompt notice of any lapse in required hazard insurance coverage and of any loss occurring from a hazard. In the event of a distribution of hazard insurance proceeds in lieu of restoration or repair following a loss to the Property or to common areas and facilities of the PUD, any proceeds payable to Borrower are hereby assigned and shall be paid to Lender for application to the sums secured by this Security Instrument, with any excess paid to the entity legally entitled thereto.

B.   Borrower promises to pay all dues and assessments imposed pursuant to the legal instruments creating and governing the PUD.

C.   If Borrower does not pay PUD dues and assessments when due, then Lender may pay them. Any amounts disbursed by Lender under this paragraph C shall become additional debt of Borrower secured by the Security Instrument. Unless Borrower and Lender agree to other terms of payment, these amounts shall bear interest from the date of disbursement at the Note rate and shall be payable, with interest, upon notice from Lender to Borrower requesting payment.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and provisions contained in this PUD Rider.



_____ (Seal)
JAMAREE JAMES                     -Borrower

_____ (Seal)
                                               -Borrower

**FHA — MULTISTATE PUD Rider**

Page 2 of 2

**1/2015**

IDS, Inc.

Deed Book 60398 Pg 253
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

# EXHIBIT C

Deed Book 65393 Page 530
Filed and Recorded 03/10/2022 03:23:00 PM
2022-0118788
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, GA
Participant IDs: 5224125492
7067927936

When Recorded Return To:
Nationstar Mortgage LLC
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683



## ASSIGNMENT OF SECURITY DEED

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS GRANTEE, AS NOMINEE FOR EVERETT FINANCIAL, INC., D/B/A SUPREME LENDING, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Security Deed with all liens and any rights due or to become due thereon to **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Security Deed is executed by **JAMAREE JAMES, SINGLE MAN** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS GRANTEE, AS NOMINEE FOR EVERETT FINANCIAL, INC., D/B/A SUPREME LENDING, ITS SUCCESSORS AND ASSIGNS** and recorded in Deed **Book 60398, Page 239 and Document # 2019-0300239** in the office of the Clerk of the Superior Court of **FULTON** County, **Georgia.**

**IN WITNESS WHEREOF,** the undersigned has hereunto set its hand **this 10th day of March in the year 2022.**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS GRANTEE, AS NOMINEE FOR EVERETT FINANCIAL, INC., D/B/A SUPREME LENDING, ITS SUCCESSORS AND ASSIGNS**

By: _____

**ALVARO ZELEDON**

**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

Signed and delivered on the date above and in the presence of:



_____
**ANGELA PAVAO**

**WITNESS**

STATE OF FLORIDA    COUNTY OF PINELLAS
Sworn to (or affirmed) and subscribed before me by means of [X] physical presence or [ ] online notarization on this 10th day of March in the year 2022, by Alvaro Zeledon as VICE PRESIDENT for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS GRANTEE, AS NOMINEE FOR EVERETT FINANCIAL, INC., D/B/A SUPREME LENDING, ITS SUCCESSORS AND ASSIGNS. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

_____
**VICKY MCCOY**
**COMM EXPIRES: 12/18/2022**

VICKY MCCOY
NOTARY PUBLIC
STATE OF FLORIDA
COMM# GG285301
EXPIRES: 12/18/2022

**Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
NSBTA 431041012  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)  COST CENTER 9251  MIN 100307110012119918 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T102203-08:34:27 [C-1]  EFRMGA1

 

*D0091805177*

# EXHIBIT D

Deed Book 67301 Page 79
Filed and Recorded 10/25/2023 01:11:00 PM
2023-0240787
CHÉ ALEXANDER
Clerk of Superior Court
Fulton County, GA
Participant IDs: 6222132834
0848497841

**GEORGIA**

PARCEL NO. **07 150101390837**



COUNTY OF **FULTON**
LOAN NO.: **0848145025**
**[JAMES]**
WHEN RECORDED MAIL TO: ATTN: AMY COLVIN, FIRST AMERICAN MORTGAGE SOLUTIONS, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402, PH. 208-528-9895

## CORPORATE ASSIGNMENT

FOR VALUE RECEIVED, **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**, located at **C/O ALLIED FIRST BANK DBA SERVBANK 3138 E. ELWOOD ST., PHOENIX, AZ 85034**, Assignor, does this day transfer, assign, convey, and deliver unto **ALLIED FIRST BANK, SB DBA SERVBANK**, located at **3138 E. ELWOOD ST, PHOENIX, AZ 85034**, Assignee, its successors, representatives, and assigns, all of Assignor's right, title, and interest in and to that certain Security Deed in the principal sum of **$183,612.00**, dated **JULY 25, 2019**, executed by **JAMAREE JAMES,SINGLE MAN**, Original Grantor, to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS GRANTEE, AS NOMINEE FOR EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING, ITS SUCCESSORS AND ASSIGNS**, Original Grantee, and filed for record and recorded on **AUGUST 13, 2019** in Deed Book **60398** at Page **239** as Instrument No. **2019-0300239** in the Office of the Clerk of the Superior Court in the County of **FULTON**, State of **GEORGIA**.

LEGAL DESCRIPTION: ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 139, OF THE 7TH DISTRICT, OF FULTON COUNTY, GEORGIA, BEING LOT 66, ST JOSEPHS SUBDIVISION, PHASE I, AS PER PLAT RECORDED IN PLAT BOOK 308, PAGES 141 - 148, FULTON COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY THIS REFERENCE.

The Assignor herein specifically transfers, conveys and assigns to the above Assignee, its successors, representatives, and assigns the aforesaid Security Deed, the property described therein, together with all the powers, options, rights, privileges, and immunities contained therein on the undersigned.

AS8022423IM - AM - GA

**Page 1 of 2**

MIN: 100307110012119918

MERS PHONE: 1-888-679-6377

Deed Book 67301 Page 80
CHÉ ALEXANDER
Clerk of Superior Court

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this **OCTOBER 20, 2023**.
**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, BY ITS ATTORNEY IN FACT  LYNX WHOLE LOAN AQUISITION LLC, BY ITS ATTORNEY IN FACT ALLIED FIRST BANK, SB DBA SERVBANK**

_____ *Amy C*
**AMY COLVIN, VICE PRESIDENT**

STATE OF **IDAHO**            COUNTY OF **BONNEVILLE**      ) ss.

SIGNED, SEALED, AND DELIVERED in the presence of the below named Notary Public, as an official witness and below named unofficial witness, on **OCTOBER 20, 2023**, by **AMY COLVIN**, **VICE PRESIDENT**, of **ALLIED FIRST BANK, SB DBA SERVBANK AS ATTORNEY-IN-FACT FOR NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**:

Notary Public/Official Witness:
*Katie Olson*
**KATIE OLSON (COMMISSION EXP. 02/26/2027)**
NOTARY PUBLIC

Unofficial Witness:
_____ *signature*
**ADDISON RICE, Witness**

```
KATIE OLSON
Notary Public - State of Idaho
Commission Number 20210709
My Commission Expires Feb 26, 2027
```

**AS8022423IM - AM - GA**            **Page 2 of 2**
LOAN NO.: **0848145025**

# EXHIBIT E



07/13/2021



PO Box 619097
Dallas, TX 75261

**OUR INFO**
ONLINE
**www.mrcooper.com**

**YOUR INFO**
LOAN NUMBER
**0648372829**

PROPERTY ADDRESS
**6470 ST MARK WAY
FAIRBURN, GA 30213**

JAMAREE JAMES
6470 ST MARK WAY
FAIRBURN, GA 30213

Dear Jamaree James:

We're sorry to hear about your financial hardship and hope that you and your loved ones are otherwise safe and healthy. Based on your situation, you have been approved for a Pandemic Forbearance Plan.

**Starting 07/01/2021, your monthly mortgage payment of $1,175.64 will be paused. You will not need to make a mortgage payment for 3 months. Important conditions are described below.**

We hope this relieves some financial stress during these difficult times.

The details of your forbearance are explained below. Take a look to make sure they're acceptable to you. If you change your mind about entering a forbearance, you can opt out by contacting us at the number below. You'll need to contact us before the last day of the first month of your forbearance. If we don't hear from you, we'll assume everything looks good and your forbearance will begin as planned.

**What is a Forbearance Plan?**
A Forbearance Plan allows you to temporarily pause your mortgage payments due to a financial hardship. Here are a few important points to keep in mind.



- A Forbearance Plan *is not a deferral,* so the missed payments are not simply placed at the end of your loan.
- A Forbearance Plan *is not forgiveness* of any portion of the debt.
- **As soon as this temporary Forbearance Plan expires, the full amount that you did not pay during the term of the Forbearance Plan will be due. At that time, we will work with you to identify available options, but you will either need to pay the full amount or contact us to find out what options may be available to bring your account current.**
- **Options that may be available are described below in "Possible Options at the End of the Forbearance Plan."**
- **If you do not bring your account current at the end of the Forbearance Plan, or enter into a workout to bring the account current, we will be contacting you by letter and/or phone to try to resolve the amounts that are due, including any amounts that were due prior to the forbearance.**
- There may be other significant impacts to your loan under this Forbearance Plan, which are described below in the **"Important Things to Know"** section. *Please be sure you read and understand these impacts.*

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



53-71

**What Happens During the Forbearance Plan?**
- Your normal monthly payment will not be due.
- There are no late fees, no additional interest, and no negative credit reporting, and you can cancel your forbearance at any time once you are able to make payments again.
- All other terms of your mortgage remain unchanged.
- If you are on AutoPay, your AutoPay will automatically be cancelled. Once your forbearance is over, you will need to start it again manually. (Note: if you use bill pay through your bank, be sure to pause your payments.)
- **IMPORTANT:** If you were current on your mortgage prior to the effective date of your Forbearance Plan, we will continue to credit report your loan as current during the Forbearance Plan. If you were delinquent prior to the effective date of your Forbearance Plan, we will not be reporting this delinquency (or your Forbearance Plan) to credit reporting agencies during your forbearance. The absence of reporting may be seen as a sign of an increased credit risk. Please talk to your financial advisor if you are concerned about how your forbearance may impact your credit.
- **IMPORTANT:** We will need to be in touch with you before your forbearance ends to work out a plan for bringing your account current. If you do not bring your account current at the end of your forbearance, or enter into a plan to bring your account current, you will be reported as delinquent to credit reporting agencies.

**What Happens at the End of the Forbearance Plan?**
- If you are still experiencing a financial hardship, you can extend your forbearance in 3 month increments, up to a total of 12 months.
- After your forbearance, any payments you didn't make will be due.
- Before your forbearance ends, we will work with you to explore every available option for paying back the amount owed. These options will be available for you to review on your account dashboard behind our secure login at www.mrcooper.com.
- The options available to you for bringing your account current are determined by the owner of your mortgage, not Mr. Cooper.
- Unfortunately, we cannot guarantee that you will be approved for any of the options noted below, although we will work with you to explore every possibility.

**Possible Options at the End of the Forbearance Plan:**
If you are unable to make a lump sum payment to bring your loan current, you may have other options. It is possible that you may not be eligible for any options other than reinstatement after the Forbearance Plan based upon the requirements of the owner of your loan.

You may be able to:
- **Extend the forbearance period** in 3 month increments, up to a total of 12 months.
- **Enter a repayment plan —** Over a set number of months (usually two to six), an extra amount will be added to your regular mortgage payment to cover the amount owed from the forbearance.
- **Modify your loan —** If you qualify, your loan's terms (including interest rate, term, balance or type of loan) may be changed to provide an affordable payment and cover the amount owed. This may include an extension at the end of the loan giving you additional months to pay.

**Important Things to Know:**
A Forbearance Plan can affect important aspects of your mortgage. Before you enter into your forbearance, please be aware:
- Entering into a Forbearance Plan may extend the number of months you must pay on time to cancel your Private Mortgage Insurance (PMI) or FHA Mortgage Insurance Premium (MIP), if applicable.
- If you currently have a HAMP modification, a Forbearance Plan may cause you to lose incentives.
- Entering into a Forbearance Plan will result in the cancellation of any active trial plan, forbearance, or repayment plan you are already on. You may reapply for any of these options at the end of the Forbearance Plan, but there is no guarantee you will be approved.
- Entering into a Forbearance Plan could impact your ability to complete a refinance of your loan.
- Entering into a Forbearance Plan could impact your ability to have principal forgiven if you currently have a principal forgiveness modification.
- If you have concerns about these possible impacts, or others, please call us at the number below. You will have the option to opt out of the Forbearance Plan if you contact us before the last day of the effective month of the Forbearance Plan.
- **This Forbearance Plan was not the result of an evaluation of a complete loss mitigation application. You have the option to submit a complete application to receive an evaluation for all options available to you. For more information on alternatives, please contact us.**
- **Additional Forbearance Plan Information, Legal Notices, and Housing Counselor Information is included on the enclosed page.**

**mr. cooper**
CHANGING THE FACE OF HOME LOANS

**Next Steps:**
- If you are comfortable with everything you've read here, no other action is needed on your part.
- You will not be required to make any payments during the term of the Forbearance Plan.
- If your financial situation changes during the term of your Forbearance Plan, please contact us immediately to reassess your situation and discuss potential alternatives, if any.

**Unless you contact us at the number below to inform us you are opting out of this Forbearance Plan, we will assume that you have accepted these terms.**

If you have any questions, please contact our Customer Service Department at 888-480-2432 or via mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

We hope that you and your loved ones are safe and healthy and that this Plan offers a little peace of mind during these difficult times.

Sincerely,

Mr. Cooper

By: *Sara Rush*

Its: Assistant Secretary

**Additional Forbearance Plan Information and Legal Notices:**

- If you make any payments during the Forbearance Plan term, we will hold the payments in an account until it contains sufficient funds to pay your oldest past due monthly payment. Unless required by applicable law, there will be no interest paid on the funds held in the account. If any funds are in this account at the end of the Forbearance Plan, those funds will be applied to your mortgage in accordance with your mortgage documents and applicable law.
- We will not refer your mortgage to foreclosure or proceed to foreclosure sale during this Forbearance Plan. If any foreclosure action or proceedings were pending, those actions are now on hold; however, once your Forbearance Plan is over, unless you enter into another workout solution, the foreclosure process will continue so long as there is no foreclosure moratorium at that time.
- Our acceptance and posting of any payment you make during the Forbearance Plan does not waive our right to require immediate payment in full of all amounts you owe on your mortgage, including the right to resume or continue foreclosure action. Entering a Forbearance Plan does not mean that your mortgage will be considered current.
- All the terms of your current mortgage documents remain in effect during the term of the Forbearance Plan. Nothing in the Forbearance Plan shall be understood to be a satisfaction or release in whole or in part of the obligations contained in the mortgage documents.

**Housing Counselors:**

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp



PO Box 619097
Dallas, TX 75261

**04/09/2022**

**OUR INFO**
ONLINE
**www.mrcooper.com**

**YOUR INFO**
LOAN NUMBER
**0648372829**

PROPERTY ADDRESS
**6470 ST MARK WAY**
**FAIRBURN, GA 30213**

JAMAREE JAMES
6470 ST MARK WAY
FAIRBURN, GA 30213

Dear Jamaree James:

We're sorry to hear about your financial hardship and hope that you and your loved ones are otherwise safe and healthy. Based on your situation, you have been approved for a Pandemic Forbearance Plan.

**Starting 04/01/2022, your monthly mortgage payment of $1,325.28 will be paused. You will not need to make a mortgage payment for 6 months. Important conditions are described below.**

We hope this relieves some financial stress during these difficult times.

The details of your forbearance are explained below. Take a look to make sure they're acceptable to you. If you change your mind about entering a forbearance, you can opt out by contacting us at the number below. You'll need to contact us before the last day of the first month of your forbearance. If we don't hear from you, we'll assume everything looks good and your forbearance will begin as planned.

**What is a Forbearance Plan?**
A Forbearance Plan allows you to temporarily pause your mortgage payments due to a financial hardship. Here are a few important points to keep in mind.



- A Forbearance Plan *is not a deferral,* so the missed payments are not simply placed at the end of your loan.
- A Forbearance Plan *is not forgiveness* of any portion of the debt.
- **As soon as this temporary Forbearance Plan expires, the full amount that you did not pay during the term of the Forbearance Plan will be due. At that time, we will work with you to identify available options, but you will either need to pay the full amount or contact us to find out what options may be available to bring your account current.**
- **Options that may be available are described below in "Possible Options at the End of the Forbearance Plan."**
- **If you do not bring your account current at the end of the Forbearance Plan, or enter into a workout to bring the account current, we will be contacting you by letter and/or phone to try to resolve the amounts that are due, including any amounts that were due prior to the forbearance.**
- There may be other significant impacts to your loan under this Forbearance Plan, which are described below in the **"Important Things to Know"** section. *Please be sure you read and understand these impacts.*

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

53-71

**What Happens During the Forbearance Plan?**

- Your normal monthly payment will not be due.
- There are no late fees, no additional interest, and no negative credit reporting, and you can cancel your forbearance at any time once you are able to make payments again.
- All other terms of your mortgage remain unchanged.
- If you are on AutoPay, your AutoPay will automatically be cancelled. Once your forbearance is over, you will need to start it again manually. (Note: if you use bill pay through your bank, be sure to pause your payments.)
- **IMPORTANT:** If you were current on your mortgage prior to the effective date of your Forbearance Plan, we will continue to credit report your loan as current during the Forbearance Plan. If you were delinquent prior to the effective date of your Forbearance Plan, we will not be reporting this delinquency (or your Forbearance Plan) to credit reporting agencies during your forbearance. The absence of reporting may be seen as a sign of an increased credit risk. Please talk to your financial advisor if you are concerned about how your forbearance may impact your credit.
- **IMPORTANT:** We will need to be in touch with you before your forbearance ends to work out a plan for bringing your account current. If you do not bring your account current at the end of your forbearance, or enter into a plan to bring your account current, you will be reported as delinquent to credit reporting agencies.

**What Happens at the End of the Forbearance Plan?**

- If you are still experiencing a financial hardship, you can extend your forbearance in 3 month increments, up to a total of 12 months.
- After your forbearance, any payments you didn't make will be due.
- Before your forbearance ends, we will work with you to explore every available option for paying back the amount owed. These options will be available for you to review on your account dashboard behind our secure login at www.mrcooper.com.
- The options available to you for bringing your account current are determined by the owner of your mortgage, not Mr. Cooper.
- Unfortunately, we cannot guarantee that you will be approved for any of the options noted below, although we will work with you to explore every possibility.

**Possible Options at the End of the Forbearance Plan:**
If you are unable to make a lump sum payment to bring your loan current, you may have other options. It is possible that you may not be eligible for any options other than reinstatement after the Forbearance Plan based upon the requirements of the owner of your loan.

You may be able to:

- **Extend the forbearance period** in 3 month increments, up to a total of 12 months.
- **Enter a repayment plan —** Over a set number of months (usually two to six), an extra amount will be added to your regular mortgage payment to cover the amount owed from the forbearance.
- **Modify your loan —** If you qualify, your loan's terms (including interest rate, term, balance or type of loan) may be changed to provide an affordable payment and cover the amount owed. This may include an extension at the end of the loan giving you additional months to pay.

**Important Things to Know:**
A Forbearance Plan can affect important aspects of your mortgage. Before you enter into your forbearance, please be aware:

- Entering into a Forbearance Plan may extend the number of months you must pay on time to cancel your Private Mortgage Insurance (PMI) or FHA Mortgage Insurance Premium (MIP), if applicable.
- If you currently have a HAMP modification, a Forbearance Plan may cause you to lose incentives.
- Entering into a Forbearance Plan will result in the cancellation of any active trial plan, forbearance, or repayment plan you are already on. You may reapply for any of these options at the end of the Forbearance Plan, but there is no guarantee you will be approved.
- Entering into a Forbearance Plan could impact your ability to complete a refinance of your loan.
- Entering into a Forbearance Plan could impact your ability to have principal forgiven if you currently have a principal forgiveness modification.
- If you have concerns about these possible impacts, or others, please call us at the number below. You will have the option to opt out of the Forbearance Plan if you contact us before the last day of the effective month of the Forbearance Plan.
- **This Forbearance Plan was not the result of an evaluation of a complete loss mitigation application. You have the option to submit a complete application to receive an evaluation for all options available to you. For more information on alternatives, please contact us.**
- **Additional Forbearance Plan Information, Legal Notices, and Housing Counselor Information is included on the enclosed page.**

**Next Steps:**
- If you are comfortable with everything you've read here, no other action is needed on your part.
- You will not be required to make any payments during the term of the Forbearance Plan.
- If your financial situation changes during the term of your Forbearance Plan, please contact us immediately to reassess your situation and discuss potential alternatives, if any.

**Unless you contact us at the number below to inform us you are opting out of this Forbearance Plan, we will assume that you have accepted these terms.**

If you have any questions, your Dedicated Loan Specialist is Martha Williams and can be reached at (866)-316-2432 or via mail at PO Box 619097, Dallas, TX 75261. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

We hope that you and your loved ones are safe and healthy and that this Plan offers a little peace of mind during these difficult times.

Sincerely,

Mr. Cooper

By: _Sara Rush_

Its: Assistant Secretary



**Additional Forbearance Plan Information and Legal Notices:**

- If you make any payments during the Forbearance Plan term, we will hold the payments in an account until it contains sufficient funds to pay your oldest past due monthly payment. Unless required by applicable law, there will be no interest paid on the funds held in the account. If any funds are in this account at the end of the Forbearance Plan, those funds will be applied to your mortgage in accordance with your mortgage documents and applicable law.
- We will not refer your mortgage to foreclosure or proceed to foreclosure sale during this Forbearance Plan. If any foreclosure action or proceedings were pending, those actions are now on hold; however, once your Forbearance Plan is over, unless you enter into another workout solution, the foreclosure process will continue so long as there is no foreclosure moratorium at that time.
- Our acceptance and posting of any payment you make during the Forbearance Plan does not waive our right to require immediate payment in full of all amounts you owe on your mortgage, including the right to resume or continue foreclosure action. Entering a Forbearance Plan does not mean that your mortgage will be considered current.
- All the terms of your current mortgage documents remain in effect during the term of the Forbearance Plan. Nothing in the Forbearance Plan shall be understood to be a satisfaction or release in whole or in part of the obligations contained in the mortgage documents.

**Housing Counselors:**

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

# EXHIBIT F
## Georgia Department of Community Affairs
## GEORGIA HAF GRANT

Grantor:  GHFA Affordable Housing, Inc. c/o GDCA          Date:  03-02-2023
60 Executive Park South, NE
Atlanta, GA 30329

Grantee:  Jamaree James

6470 ST MARK WAY
FAIRBURN, Georgia 30213

The Homeowners Assistance Fund ("HAF"), established through the American Rescue Plan Act of 2021,was created to help homeowners mitigate financial hardships caused by the COVID-19 pandemic.

### RECITALS

**WHEREAS**, the Georgia Department of Community Affairs (DCA) is the administrator of the HAF program for the state of Georgia, through its non-profit GHFA Affordable Housing, Inc. (GHFA); and

**WHEREAS**, Grantee has applied for a Georgia HAF Grant ("Grant") for the purpose of mortgage or housing expense assistance of Grantees' residence at the address noted above; and

**WHEREAS**, Grantee has suffered a financial hardship due to a significant loss of income or significant increased expenses after January 21, 2020, as a direct impact of the COVID-19 pandemic; and
**WHEREAS**, the property is located within the state of Georgia; and

**WHEREAS**, GHFA may award a grant to qualified homeowners whose incomes do not exceed 100 percent (100%) of the area median income for their county of residence, or 150 percent (150%) if deemed Socially Disadvantaged, as set forth by the United States Department of Housing and Urban Development; and

**WHEREAS**, Grantee is a qualified homeowner meeting the prescribed requirements for the award of a Grant; and

**That Grantee, for and in consideration of the aforesaid does hereby acknowledge the following:**

1.    The Grant does not become effective until this Grant form and the Payment Addendum have been signed and remitted to GHFA. The approval for the Grant may be rescinded after ten (10) calendar days from the date on this Grant form if the forms are not received.

2.    "Grantee" includes the homeowner(s), borrower(s), and the spouse of the homeowner, residing in the home.Grantee represents and warrants to GFHA that Grantee currently owns and occupies the property as Grantee's primary residence, and the home is not currently for sale or undercontract to sell.

3.    Grantee understands and agrees the proceeds of this Grant will be paid by Grantor directlyto

Lender, Servicer, or Payee ("Payee") on Grantee's behalf; no funds are provided to Grantee.

4. The proceeds of the Grant may be used to:
   - Cure or reduce qualifying mortgage delinquency or payments in forbearance which occurred after January 21, 2020, due to a significant loss of income or significant increased expenses related to the COVID-19 pandemic.

   - Cure or reduce qualifying mortgage delinquency or payments in forbearance which occurred on or after July 1, 2019, if the delinquency or forbearance continued due to a significant loss of income or significant increased expenses related to the COVID-19 pandemic.

   - Lower the mortgage balance for a Grantee with a permanent loss of income related to the COVID-19 pandemic.

   - Provide three (3) monthly payments in a one-time payment in conjunction with qualifying mortgage assistance, if Grantees' income meets payment ratio requirements or Grantee has indicated a need for the additional payments.

   - Cure or reduce qualifying housing expense delinquency which occurred after January 21, 2020, due to a significant loss of income or significant increased expenses related to the COVID-19 pandemic.

   - Cure or reduce qualifying housing expense delinquency which occurred on or after July 1, 2019, if the delinquency continued due to a significant loss of income or significant increased expenses related to the COVID-19 pandemic.

   - Assistance types can be combined but cannot exceed $50,000.

5. Grantee has been provided a Payment Addendum with this Grant form, indicating the total amount of assistance that may be available to Grantee. Grantee understands and accepts that:
   - By signing the Grant form, the Grantee confirms the amounts and types of assistance listed on Payment Addendum are complete and correct.

   - Assistance should be considered a onetime event. Additional assistance may not be available, regardless of the type of assistance or amount of assistance received under this Grant.

   - The Payees and payment amounts listed in the Payment Addendum are based on the information at the time of approval and program guidelines.

   - Payments and fees outside of the Grant assistance are the responsibility of the Grantee. GHFA is not responsible for errors or omissions by the Payees.

   - Each Payee can accept or reject the Grant assistance funds.
     o The Grantee shall monitor the payments and act accordingly.
     o Delinquent payments prior to July 1, 2019 are not covered by Grant assistance. Some Payees may not accept a partial reinstatement (account not brought current).
       ▪ If a Payee will not accept a partial reinstatement, no payment will be scheduled.
       ▪ If Grant assistance funds are accepted for a partial reinstatement, Grantee shall work with the Payee to timely resolve the remaining delinquency.

   - Payments for which the Payee has provided information will be scheduled within two (2) weeks of the returned signed Grant form and the Payment Addendum.
     o Payments cannot be scheduled for Payees who will not provide their

information or refuse to accept payment. GHFA will not hold the reserved funds past forty-five (45) days.

- • Grant funds returned to GHFA or payments that could not be scheduled within forty-five (45) days will reduce the amount of the Grant.

- • Grantee is aware that funds are not provided directly or indirectly to the Grantee, and if an overpayment of assistance funds are refunded to the Grantee, they must be returned to GHFA upon request.

6. Grantee attests that once Grant assistance is provided, Grantee will be able to resume making payments.

7. Grantee acknowledges that the information provided in their application for purposes of obtaining assistance funds is true and correct, to the best of Grantees' knowledge, and was not submitted for any fraudulent, improper, illegal purposes, or for any purpose other than program assistance.

8. In the event of a finding that false or fraudulent information was submitted for the purposes of securing this Grant, the finding may be reported to and investigated by local,state, or federal authorities, which may result in criminal prosecution and full restitution.

9. This Grant and the application submitted shall be governed by and construed in accordance with the laws of the state of Georgia.

**I/We have read, understand, and accept the requirements and conditions of the Grant and wish to receive assistance.**

*Sign this form and the Payment Addendum and return both to GHFA/DCA Georgia Mortgage Assistance not later than 10 calendar days of this notice. The Grant is not valid, and payments willnot be scheduled, until both signed forms are received by GHFA/DCA Georgia Mortgage Assistance.*

Homeowners struggling to make their payments after receiving assistance should discuss their situation with a HUD Counselor. Provide a copy of this agreement to one of DCA's network of Counseling Agencies within 6 months for covered services, which may include review for temporary assistance or forbearance, or mortgage affordability including refinancing or loan modification,budgeting, etc. Find a list of Counseling Agencies on DCA's website www.dca.ga.gov or contact Customer Service at haf@dca.ga.gov, or by calling (toll free) 1-877-519-4443.

# Georgia Department of Community Affairs
# GEORGIA HAF GRANT PAYMENT ADDENDUM INFORMATION

Grant assistance is up to $50,000 for eligible homeowners who suffered a significant financial hardship caused by the pandemic after January 21, 2020. The types of assistance are noted below and can be combined, not to exceed $50,000 total. The amount of Grant assistance being offered is based on need and program requirements. All payments and fees outside of the Grant are the responsibility of the Grantee (homeowners, borrowers, and spouse residing in the home).

**Assistance should be considered a onetime event.  Additional assistance may not be available, regardless of the type of assistance or the amount of assistance received under this Grant.**

Do not sign the Grant form or Payment Addendum if you do not believe it is correct as additional assistance cannot be added to this Grant later. Contact the Underwriter if you have any questions.

## TYPES OF ASSISTANCE

**Mortgage Reinstatement Assistance** is for homeowners who currently owe three (3) or more payments, in which payments are at a minimum sixty (60) days delinquent or in forbearance due to a financial hardship caused by the pandemic. Assistance is provided as a one-time payment to the Lender or Servicer to bring or help bring the mortgage current.

- Most Lenders and Servicers are willing to accept assistance funds under a full reinstatement. The assistance payment is placed in suspense until it can be posted to the account.
- If there is an active foreclosure sale date, the Lender or Servicer must be willing to stop or postpone the foreclosure to accept the funds.  (Grantee/borrower is responsible for maintaining contact with the Lender or Servicer and keeping up with the foreclosure status.)
- The Lender or Servicer provides the amount needed to reinstate the mortgage.  If the amount changes or was in error, the excess funds may be returned and will reduce the Grant amount.
  - Mortgages with less than 3 payments owed, or that are current regardless of how they were brought current, are not eligible for Mortgage Reinstatement Assistance.
- Mortgage payments delinquent on or after July 1, 2019, but prior to January 21, 2020, are eligible for reinstatement if the delinquency continued due to a hardship caused by the pandemic.
- Payment delinquency prior to July 1, 2019, or amount owed over $50,000 is not eligible for assistance. Grantees are responsible for working with their Lender or Servicer and meet workout requirements when the assistance does not bring the mortgage current.  Warning: The Lender or Servicer may return the assistance funds if the Grantee is unable to timely resolve the remaining delinquency.

**Principal Curtailment Assistance** is for homeowners who have suffered a permanent loss of income due to a financial hardship caused by the pandemic, such as death of a spouse or homeowner residing in the home, or full disability. Assistance is provided in a one-time payment to the Lender or Servicer to lower the mortgage balance or to extinguish a lien.

- Most Lenders and Servicers participate in the program and are willing to accept assistance funds under a principal curtailment. The assistance payment is placed in suspense until it can be posted to the account.
- A principal curtailment reduces the mortgage balance but may not lower the payment. If affordability is an issue, the homeowner will need to discuss options with their Lender's or Servicer's loss mitigation department or a HUD Counselor to see if a recast, refinance, or a loan modification can help lower the monthly payment.

**Advance Mortgage Payments in conjunction with Mortgage Reinstatement Assistance or Principal Curtailment Assistance** is an additional three (3) months of assistance (based on the payment amount provided by the Lender or

Servicer) in a one-time payment to the Lender or Servicer to pay the mortgage ahead in conjunction with mortgage assistance, for homeowners who have not fully recovered from the pandemic.

- Advance mortgage payments are not available without mortgage assistance, are not available in an amount less than 3 months and are not renewable.
- An overpayment causing the next due date to be more than 3 payments in advance may result in th being returned to the program.
- Advance mortgage payments do not apply if:
  - Assistance was not requested, and the payment ratio did not qualify.
  - The Lender or Servicer will not accept advance payments.
  - The mortgage is included in an active bankruptcy.
  - The amount owed includes payments prior to 7/1/2019.
  - The amount owed is over $50,000 or would be over $50,000 if the 3 advance payments were added.

**Housing Expense Assistance** is for homeowners who are delinquent on qualifying types of housing related expenses, due to a financial hardship caused by the pandemic.  Assistance is provided in a one-time payment to bring or help bring the account current.

- Not all Payees participate in the program or are willing to accept assistance funds paid on behalf of the Grantee.
- Housing Expense Types:
  - Utility payments marked delinquent or past due 30 days- assistance can only be provided in conjunction with mortgage assistance.  Assistance is limited to the amount noted on the bill.
  - Property Taxes and Association fees delinquent or past due 30 days.
  - Property Insurance billed and due within 60 days or delinquent.
- Payment delinquency prior to July 1, 2019 or amounts owed over $50,000 are not eligible for assistance.  When HAF assistance will not bring the expense current, the Payee may not be willing to accept the funds or may return the funds if the Grantee is unable to timely resolve the remaining delinquency.

## PAYMENT INFORMATION

This is to provide general information on the different types of payments should one or both of the types of payments be applicable.  Homeowners should monitor their accounts during the payment process, including reaching out to each Payee to discuss the pending payment, and to confirm receipt of the payment and the next payment due date.

- **ACH Payment.** Mortgage assistance payments are sent via ACH and are usually received by the Lender or Servicer within 3 business days. The assistance funds are placed into "suspense" before they are posted to the account, up to 14 days later. Note: funds in suspense may not be visible to Customer Service or show on the mortgage statement. Allow 21 days for payments to be posted and the Lender or Servicer to confirm receipt.

- **Payment by Check.** Other types of assistance payments are made by check, payable to the Vendor.  It may take several weeks for the Vendor to deposit the check and credit the account. Allow 30 days for them to confirm the payment.

## GRANT FUNDS

The amounts listed in the Payment Addendum are based on information at the time of approval. Changes in the amount owed can affect the amount of the Grant assistance and/or eligibility. Assistance funds in excess of the amount owed for mortgage, taxes, insurance, or association fees refunded to the Grantee must be returned to GHFA upon request.

HAF0922

HAF0922

# Georgia Department of Community Affairs
## GEORGIA HAF GRANT PAYMENT ADDENDUM

The Grant form and the Payment Addendum form must be signed and returned as soon as possible, but no later than ten (10) days from the date on the Grant form.

Name:  Jamaree James                    Application #: 17878

| Assistance Type | Name | Amount of Assistance* |
|---|---|---|
| **MORTGAGE** | | |
| Reinstatement of 1st Mortgage Payments | Mr. Cooper | **$27,980.68** |
| Reinstatement of 2nd Mortgage Payments | | $ |
| Principal Curtailment 1st Mortgage | | $ |
| Principal Curtailment 2nd Mortgage | | $ |
| 3 Advance monthly payments 1st Mortgage | Mr. Cooper | **$4,340.73** |
| 3 Advance monthly payments 2nd Mortgage | | $ |
| Mortgage – Other | | $ |
| | MORTGAGE TOTAL → | **$32,321.41** |
| **HOUSING EXPENSES** | | |
| Non-Escrowed Property Tax Payment | | $ |
| Non-Escrowed Property Insurance Payment | | $ |
| Homeowners or Condo Association | | $ |
| Utility payment- Electric & EMC | | $ |
| Utility payment- Gas & Propane | | $ |
| Utility payment- Water & Sewer | | $ |
| Housing Expense - Other | | $ |
| | HOUSING EXPENSE TOTAL → | $ |
| Grant Assistance is not guaranteed in whole or in part.  **TOTAL POSSIBLE GRANT→** | | **$32,321.41** |

*The types and amount of assistance are based on the information provided in or with the application, program guidelines, Payee information (excluding utilities). Georgia Mortgage Assistance is not responsible for additional payments or assistance or fees outside of the possible assistance noted, or for Payee errors on the amount owed. Each Payee can accept or reject assistance funds or refuse to participate in the program.  Payments are scheduled within 2 weeks for participating Payees.  Grant funds returned to DCA/GHFA or payments that could not be scheduled within forty-five (45) days will reduce the amount of the Grant.*

**The Grantee is responsible for understanding their payment obligations and risks associated with payment delinquency. The Grantee should monitor their accounts during the payment process, including reaching out to each payee to discuss pending payment, and to confirm receipt of payment and the next payment due date.**

I/We have read and understand the Payment Addendum information, have reviewed the payments noted above for assistance, and confirm the amounts and types of assistance listed on this Payment Addendum are complete and correct.



**Date:** May 02, 2023

**Loan Number:** 0848145025

For Return Mail Only:
P.O. BOX 1298
SOUTH WINDSOR, CT 06074-7298
PC870

------ manifest line ---------
Jamaree James
6470 St Mark Way
Fairburn GA 30213

**Property Address:**
6470 St Mark Way
Fairburn GA 30213



### Resources



Message Center:
myloan.servbank.com/MSG

Correspondence:
ATTN: Care Center
3138 E. Elwood St
Phoenix, AZ 85034

Hours:
Mon - Fri: 8am - 9pm ET
Sat: 8am - 12pm ET

Phone:
866.867.0330

Dear Homeowner,

Please be aware that this letter is for informational purposes only and is not an attempt to collect a debt.

The care of this mortgage account was recently assigned to our Ally Team due to a potential or existing delinquency. We have assigned an Ally Team Member to this account to assist with a resolution.

This account's Ally Team Member is CRYSTAL H.

CRYSTAL H may be reached in the following ways:
Phone: 866.867.0330
Extension: 0279
Email: LossMitigation@servbank.com

Our Ally Team members can be reached between Mon - Fri: 8am - 9pm ET, excluding major holidays.

We understand discussing this situation may be difficult; however, we want people to know we are here to listen and to discuss the alternative options that may be available to assist on this account. An Ally Team Member will be a single point of contact and will continue working an account until all available home retention and non-foreclosure options are exhausted. If your assigned Ally Team Member is not available, then you may leave a voicemail for a callback within 24-48 hours. As an alternative, you can speak to the next available Ally Team Member to assist with questions regarding loan status.

If any Authorized Agents are assisting on this account with issues regarding the account, please pass along the Ally Team Member contact information. They may also contact us at 866.867.0330.

Financial information and other documentation requested can be forwarded to an Ally Team Member by mail to Servbank, 3138 E. Elwood St, Phoenix, AZ 85034, by fax: 888.292.5541, or by email: LossMitigation@servbank.com.

Please include the ten-digit mortgage account number on all pages of correspondence.

For help in exploring options, the Federal government provides contact information for housing counselors. Please contact the United States Department of Housing and Urban Development (HUD) at (800) 569-4287. HUD sponsors housing counseling agencies throughout the country to provide free or low-cost advice.



Allied First Bank, sb dba Servbank
3138 E. Elwood St
Phoenix, AZ 85034

| NMLS: 203463 | v3.4 | PC870 |
|---|---|---|
| 866.867.0330 | rev.03/14/2023 | 1 of 2 |



We're on a mission to Grow Happiness and are here to help you in any way we can. If there are questions concerning this letter or further assistance is required, you may contact us at 866.867.0330, Mon - Fri: 8am - 9pm ET, excluding major holidays. You may also view additional information regarding your mortgage on your self-service online account at myloan.servbank.com.

Sincerely,

Servbank
Ally Team





| | | | |
|---|---|---|---|
| Allied First Bank, sb dba Servbank | NMLS: 203463 | v3.4 | PC870 |
| 3138 E. Elwood St | 866.867.0330 | rev.03/14/2023 | 2 of 2 |
| Phoenix, AZ 85034 | | | |

Member FDIC

**Notice**: This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Credit Reporting Notice**: We will continue to report the delinquency status of your mortgage as well as your entry into a forbearance plan to credit reporting agencies in accordance with applicable law. **CREDIT REPORTING AGENCIES GENERALLY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENTS AS AN INCREASED CREDIT RISK. HOWEVER, A FORECLOSURE WOULD HAVE A MORE NEGATIVE IMPACT TO YOUR CREDIT SCORE.**

**Bankruptcy Notice**: If you have an active bankruptcy or you have received a bankruptcy discharge regarding your mortgage loan, we are sending this for informational or legal purposes only and are not attempting to collect a debt against you personally. However, we reserve all rights to collect all amounts due to us from any collateral as to which we or our clients hold a mortgage or other security interest, and from any borrower who has not received a bankruptcy discharge.

**Important Servicemember Protections:** You may be entitled to certain legal rights and protections if you or any owner of your home are or recently were on active duty or active service as a federal or state military servicemember, or if you're a dependent of such a servicemember. For more information, please contact our Customer Care Center. You may also call (800) 342-9647 for further assistance or visit www.militaryonesource.mil. Servicemembers and dependents with questions about the Servicemembers Civil Relief Act should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at https://legalassistance.law.af.mil/.

**Get Help Today! Experts from HUD-approved housing counseling agencies work in your best interest at no cost to you:**

- For more information about available programs and guidance on your options, call (888) 995-HOPE (4673). Call 24 hours a day, 7 days a week, 365 days a year for help in more than 170 languages. Dial 711 for hearing impaired.
- For foreclosure prevention counseling, contact a HUD-approved housing counseling agency in a city near you by visiting www.hud.gov/findacounselor or by calling (800) 569-4287.
- For borrowers who may need a Telecommunication Device for the Deaf (TDD) or Text Telephone (TYY), you can call the toll-free Federal Information Relay Service at (800) 877-8339.

**Notice of Error and Information Requests:** You have certain rights under Federal law related to resolving account errors and requesting information about your account. If you think there is an error with your mortgage loan account or if you wish to request information about your mortgage loan, you may write to us at the following address:

Servbank
ATTN: Qualified Written Request
3138 E. Elwood Street
Phoenix, AZ 85034

Please include the following information: Your full name, account number, mailing address, and a brief description of the error you believe has occurred with your mortgage loan; or the account information you are requesting. We will review your correspondence and provide a response within thirty (30) business days of receipt.

**Notice Regarding Equal Credit:** The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. If you believe there has been the applicant has in good faith exercised any right under the Consumer Credit Protection Act. If you believe there has been discrimination in handling your application, you should contact:

FDIC Consumer Response Unit
1100 Walnut Street, Box #11
Kansas City, MO 64106

### Notice of Homeowner Assistance Fund Availability

The Homeowner Assistance Fund (HAF) is a federal program authorized by The American Rescue Plan Act of 2021. The purpose of the HAF is to help homeowners experiencing a financial hardship as a result of COVID-19 catch up on mortgage and utility bills and pay other housing costs. Funds from the HAF may be used for assistance with past-due mortgage payments, homeowner s insurance, utility payments, and other specified purposes. Each state is responsible for requesting and disbursing funds under their own HAF programs. As state programs become available, they will be listed on the National Council of State Housing Agencies (NCSHA) website at https://www.ncsha.org/homeowner-assistance-fund/

As your mortgage servicer, we are happy to coordinate with the State Housing Finance Agencies and state HAF programs on getting our customers back on track.

- For more information on your state HAF program, please visit the NCSHA website above.
- The website provides a *Homeowner Assistance Fund by State interactive map* that allows you to view the HAF information for your state.
- Click on a state to get the latest information, including program status, eligibility requirements, and how to apply for financial assistance.

### Aviso de Disponibilidad del Fondo de Asistencia al Propietario



El Fondo de Asistencia para Propietarios (HAF, por sus siglas en inglés) es un programa federal autorizado por la Ley del Plan de Rescate Estadounidense de 2021. El propósito del HAF es ayudar a los propietarios que experimentan dificultades financieras como resultado de COVID-19 a ponerse al día con las facturas hipotecarias y de servicios públicos y pagar otros costos de vivienda. Los fondos del HAF pueden ser utilizados para asistencia con los pagos de hipoteca vencidos, de seguro del propietario, de servicios públicos u otros propósitos especificados. Cada estado es responsable de solicitar y desembolsar fondos bajo sus propios programas de HAF. A medida de que los programas estatales estén disponibles, serán incluidos en el sitio web del Consejo Nacional de Agencias de Vivienda Estatales (NCSHA) en  https://www.ncsha.org/homeowner-assistance-fund/.

Como administrador de su hipoteca, nos complace coordinar con las Agencias de Financiamiento de vivienda Estatales y los programas estatales de HAF para que nuestros clientes se pongan al día.

- Para obtener más información sobre el programa HAF de su estado, visite el sitio web de NCSHA arriba.
- El sitio web proporciona un *mapa interactivo del Fondo de Asistencia para Propietarios por Estado* que le permite ver la información de HAF para su estado.
- Haga clic en un estado para obtener la información más reciente, incluyendo el estatus del programa, los requisitos de elegibilidad y cómo solicitar asistencia financiera.

# EXHIBIT H

**serv**bank
*a dba of Allied First Bank, sb*

**Date:** **August 30, 2023**

**Loan Number:** **0848145025**

For Return Mail Only:
P.O. BOX 1298
SOUTH WINDSOR, CT 06074-7298
XC745

**Property Address:**
6470 St Mark Way
Fairburn GA 30213

------ manifest line ---------
Jamaree James
6470 St Mark Way
Fairburn GA 30213

| Resources |
|---|

Message Center:
myloan.servbank.com/MSG

Correspondence:
ATTN: Care Center
3138 E. Elwood St
Phoenix, AZ 85034

Hours:
Mon - Fri: 8am - 9pm ET
Sat: 8am - 12pm ET

Phone:
**866.867.0330**

**SUBJECT**: Please Contact Us about Your Recently Missed Mortgage Payment

Dear Homeowner,

As your mortgage servicer, we are concerned about your recently missed payment and would like to offer our assistance. Please contact us so that we can explore what options may be available to help you get back on track. Our goal is to work with you to find the best option based on your hardship. It is important that you act quickly. Fewer options may be available the longer you wait.

This is a legally required notice. We are sending this notice to you because you are behind on your mortgage payment. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

---

### WE WOULD LIKE TO HELP YOU - PLEASE CONTACT US AT

866.867.0330
Servbank

**Mortgage Assistance May Be Available**
- We can answer questions about your mortgage and explore options based on your individual hardship.

- We can determine if you qualify for assistance, including options to stay in your home or leave your home while avoiding foreclosure (see **Information on Avoiding Foreclosure** below for an overview).

**You must contact us or complete and return the attached Mortgage Assistance Application, including any required documents described in the application, by September 29, 2023.**

---


Allied First Bank, sb dba Servbank
3138 E. Elwood St
Phoenix, AZ 85034

| NMLS: 203463 | v3.3 | XC745 |
|---|---|---|
| 866.867.0330 | rev.07/01/2023 | 1 of 2 |

Member **FDIC**

## How to Get Help - You Can Reach Us By

- **Phone**: 866.867.0330 or **Fax**: 888.292.5541
- **Email**: LossMitigation@servbank.com
- **Mail**: Servbank, ATTN: Loss Mitigation, 3138 E. Elwood St, Phoenix, AZ 85034
- **Online** at myloan.servbank.com

---

### Additional Resources

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling

- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

**For additional information on how to avoid foreclosure, including help for military servicemembers, you may also visit Fannie Mae's consumer website at fanniemae.com.**

---

Thank you for your prompt attention to this matter. We are here to help you with your delinquent mortgage.

Sincerely,

Servbank
Resolutionist Team





## Information on Avoiding Foreclosure

These options may be available to you depending on your hardship. There are options to help you stay in your home and bring your mortgage current, and options that allow you to leave your home while avoiding foreclosure. We can answer any questions you may have about these options, including the general eligibility requirements.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | ▪ Pay all past due amounts in a single lump-sum payment.<br>▪ Available if you have the funds to pay now. | ▪ Allows you to bring your mortgage current immediately. |
| **Repayment Plan** | ▪ Pay all past due amounts together with your regular monthly payments over an extended period of time.<br>▪ Available if you have sufficient income to cover more than your regular monthly payment. | ▪ Allows you time to bring your mortgage current without having to make a single lump-sum payment. |
| **Payment Deferral** | ▪ Defer repayment of one or two past-due principal and interest payments, which will be due and payable at the maturity of the mortgage loan or earlier upon the sale or transfer of the property, refinance of the mortgage loan, or payoff of the interest-bearing unpaid principal balance. | ▪ Allows you to bring your mortgage current by delaying repayment of past-due principal and interest amounts without changing other terms of your mortgage. |
| **Forbearance Plan** | ▪ Make reduced payments or no payments for a specific period of time (for example, six months). During this time your mortgage will become increasingly delinquent. | ▪ Allows you time to improve your financial situation and possibly qualify for another option, such as a modification, upon completion of the forbearance plan. |
| **Modification** | ▪ Make modified payments based on new terms.<br>▪ Requires your successful completion of a three-month trial period plan. | ▪ Allows you to bring your mortgage current by permanently modifying your mortgage.<br>▪ Intended to make your payments or terms more manageable; typically results in a lower monthly payment. |
| OPTIONS TO LEAVE YOUR HOME | OVERVIEW | BENEFIT |
| **Short Sale** | ▪ Sell your property.<br>▪ Proceeds from the sale are used to pay off a portion of your mortgage balance when you owe more on your mortgage than the home is worth. | ▪ Allows you to transition out of your home to avoid foreclosure.<br>▪ Relocation funds may be available.<br>▪ The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences   consult a tax advisor. |
| **Mortgage Release (Deed-in-Lieu of Foreclosure)** | ▪ Transfer ownership of your property to us in exchange for relief from some or all of the mortgage debt. | ▪ Allows you to transition out of your home if you are unable to sell your home to avoid foreclosure.<br>▪ Relocation funds may be available.<br>▪ The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences consult a tax advisor. |

011007 28

## Frequently Asked Questions

**Q1. Will it cost money to get help?**
- No. There should never be a fee to obtain assistance or information about foreclosure prevention options from your mortgage servicer or a qualified housing finance agency.
- Never send a mortgage payment to a company except the one listed on your monthly mortgage statement.
- Beware of scams and anyone offering to help you for a fee (see **Beware of Foreclosure Rescue Scams!** for additional information).

**Q2. What is foreclosure?**
- Foreclosure is the loss of your home through a legal process where your mortgage servicer or a third party acquires the property at a foreclosure sale.

**Q3. What are the consequences of foreclosure?**
- You must move or you will be evicted from the property.
- It may be as long as seven years before you are eligible for another Fannie Mae or Freddie Mac mortgage.
- You and any additional borrower listed on the mortgage may experience negative credit implications.

**Q4. Will the foreclosure process begin if I do not respond to my mortgage servicer s notices regarding missed payments?**
- If you disregard your mortgage servicer s notices, your mortgage servicer may refer your mortgage to foreclosure as authorized by your mortgage documents and applicable law.

**Q5. Should I still contact my mortgage servicer if I have waited too long and my property has been referred to foreclosure?**
- Yes, the sooner the better! If you wish to keep your home, contact your mortgage servicer immediately.
- You may also contact a HUD-approved housing counselor (see **Additional Resources** on page 1) and request a three-way call that would include you, the HUD-approved housing counselor, and your mortgage servicer to discuss your hardship.
- A HUD-approved housing counselor can also provide free advice on debt management.

**Q6. Can I still be evaluated for mortgage assistance if my property is scheduled for a foreclosure sale?**
- Yes, but it is important that you reach out to your servicer as soon as possible to discuss potential options. If your mortgage servicer receives your complete Mortgage Assistance Application with only 37 or fewer calendar days before the scheduled foreclosure sale, there is no guarantee that your servicer will be able to evaluate you for mortgage assistance in time to stop the foreclosure sale.
- Even if your mortgage servicer approves you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not be able to halt the scheduled sale.

**Q7. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
- No. Your property will not be sold at a foreclosure sale if you accept a foreclosure avoidance option and comply with its requirements.

**Q8. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**
- You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## Beware of Foreclosure Rescue Scams!

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services. HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information, or advice that sounds too good to be true, it probably is. If you have any doubts, contact your mortgage servicer. Don't let scammers take advantage of you, your situation, your house, or your money. Keep in mind, your mortgage servicer is not responsible for paying damages resulting from a scam. **Remember, help is FREE.**

**How to Spot a Scam** - beware of a company or person who:
- Asks for a fee in advance to work with your mortgage servicer to modify, refinance, or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your mortgage modified.
- Advises you to stop paying your mortgage servicer and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- Claims to offer "government-approved" or "official government" mortgage modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** - do one of the following:
- Go to http://www.consumerfinance.gov/complaint/ to submit a complaint and get information on how to fight back.
- Call (888) 995-HOPE (4673) and tell the counselor about your situation and that you believe you were scammed or know of a scam.

**Notice**: This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Credit Reporting Notice**: We will continue to report the delinquency status of your mortgage as well as your entry into a forbearance plan to credit reporting agencies in accordance with applicable law. **CREDIT REPORTING AGENCIES GENERALLY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENTS AS AN INCREASED CREDIT RISK. HOWEVER, A FORECLOSURE WOULD HAVE A MORE NEGATIVE IMPACT TO YOUR CREDIT SCORE.**

**Bankruptcy Notice**: If you have an active bankruptcy or you have received a bankruptcy discharge regarding your mortgage loan, we are sending this for informational or legal purposes only and are not attempting to collect a debt against you personally. However, we reserve all rights to collect all amounts due to us from any collateral as to which we or our clients hold a mortgage or other security interest, and from any borrower who has not received a bankruptcy discharge.

**Important Servicemember Protections:** You may be entitled to certain legal rights and protections if you or any owner of your home are or recently were on active duty or active service as a federal or state military servicemember, or if you're a dependent of such a servicemember. For more information, please contact our Customer Care Center. You may also call (800) 342-9647 for further assistance or visit www.militaryonesource.mil. Servicemembers and dependents with questions about the Servicemembers Civil Relief Act should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at https://legalassistance.law.af.mil/.

**Get Help Today! Experts from HUD-approved housing counseling agencies work in your best interest at no cost to you:**

- For more information about available programs and guidance on your options, call (888) 995-HOPE (4673). Call 24 hours a day, 7 days a week, 365 days a year for help in more than 170 languages. Dial 711 for hearing impaired.
- For foreclosure prevention counseling, contact a HUD-approved housing counseling agency in a city near you by visiting www.hud.gov/findacounselor or by calling (800) 569-4287.
- For borrowers who may need a Telecommunication Device for the Deaf (TDD) or Text Telephone (TYY), you can call the toll-free Federal Information Relay Service at (800) 877-8339.

**Notice Regarding Deed-in-Lieu of Foreclosure:** Pursuant to Section 204 of the National Housing Act (12 U.S.C. 1710), for FHA-insured mortgages, your mortgage must be in Default on the date the Deed-in-Lieu special warranty deed is executed. Deed-in-Lieu transactions are generally reported to consumer reporting agencies and will likely affect your ability to obtain another mortgage and other types of credit. If you are a servicemember, it is recommended that you obtain guidance from your employer regarding the Deed-in-Lieu impact on your security clearance and employment.

**Notice Regarding Pre-Foreclosure Sale:** Pursuant to Section 204(a)(1)(D) of the National Housing Act (12 U.S.C. 1710), for FHA-insured mortgages, your mortgage must be in Default on the date the pre-foreclosure sale transaction closes. Pre-Foreclosure Sale transactions are generally reported to consumer reporting agencies and will likely affect your ability to obtain another mortgage and other types of credit. If you are a servicemember, it is recommended that you obtain guidance from your employer regarding the Pre-Foreclosure Sale's impact on your security clearance and employment.

**Notice of Error and Information Requests:** You have certain rights under Federal law related to resolving account errors and requesting information about your account. If you think there is an error with your mortgage loan account or if you wish to request information about your mortgage loan, you may write to us at the following address:

Servbank
ATTN: Qualified Written Request
3138 E. Elwood Street
Phoenix, AZ 85034

Please include the following information: Your full name, account number, mailing address, and a brief description of the error you believe has occurred with your mortgage loan; or the account information you are requesting. We will review your correspondence and provide a response within thirty (30) business days of receipt.

**Notice Regarding Equal Credit:** The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. If you believe there has been the applicant has in good faith exercised any right under the Consumer Credit Protection Act. If you believe there has been discrimination in handling your application, please contact:

Division of Depositor and Consumer Protection,
National Center for Consumer and Depositor Assistance,
Federal Deposit Insurance Corporation
1100 Walnut Street, Box #11
Kansas City, MO 64106

### Notice of Homeowner Assistance Fund Availability

The Homeowner Assistance Fund (HAF) is a federal program authorized by The American Rescue Plan Act of 2021. The purpose of the HAF is to help homeowners experiencing a financial hardship as a result of COVID-19 catch up on mortgage and utility bills and pay other housing costs. Funds from the HAF may be used for assistance with past-due mortgage payments, homeowner's insurance, utility payments, and other specified purposes. Each state is responsible for requesting and disbursing funds under their own HAF programs. As state programs become available, they will be listed on the National Council of State Housing Agencies (NCSHA) website at https://www.ncsha.org/homeowner-assistance-fund/

As your mortgage servicer, we are happy to coordinate with the State Housing Finance Agencies and state HAF programs on getting our customers back on track.

- For more information on your state HAF program, please visit the NCSHA website above.
- The website provides a *Homeowner Assistance Fund by State interactive map* that allows you to view the HAF information for your state.
- Click on a state to get the latest information, including program status, eligibility requirements, and how to apply for financial assistance.



### Aviso de Disponibilidad del Fondo de Asistencia al Propietario

El Fondo de Asistencia para Propietarios (HAF, por sus siglas en inglés) es un programa federal autorizado por la Ley del Plan de Rescate Estadounidense de 2021. El propósito del HAF es ayudar a los propietarios que experimentan dificultades financieras como resultado de COVID-19 a ponerse al día con las facturas hipotecarias y de servicios públicos y pagar otros costos de vivienda. Los fondos del HAF pueden ser utilizados para asistencia con los pagos de hipoteca vencidos, de seguro del propietario, de servicios públicos u otros propósitos especificados. Cada estado es responsable de solicitar y desembolsar fondos bajo sus propios programas de HAF. A medida de que los programas estatales estén disponibles, serán incluidos en el sitio web del Consejo Nacional de Agencias de Vivienda Estatales (NCSHA) en https://www.ncsha.org/homeowner-assistance-fund/.

Como administrador de su hipoteca, nos complace coordinar con las Agencias de Financiamiento de vivienda Estatales y los programas estatales de HAF para que nuestros clientes se pongan al día.

- Para obtener más información sobre el programa HAF de su estado, visite el sitio web de NCSHA arriba.
- El sitio web proporciona un *mapa interactivo del Fondo de Asistencia para Propietarios por Estado* que le permite ver la información de HAF para su estado.
- Haga clic en un estado para obtener la información más reciente, incluyendo el estatus del programa, los requisitos de elegibilidad y cómo solicitar asistencia financiera.

## Mortgage Assistance Application Checklist

Important: All documents listed on this form are required.

Documents indicated with an asterisk * will be required if applicable.

We will be unable to review your request for assistance until all required documents are received. Use the checklist below prior to submission to ensure all documents are included with submission.

- ☐ **Copies of all Core Documents Listed Below**
    - ☐ Completed, signed, and dated Mortgage Assistance Application
    - ☐ Signed and Dated hardship letter
    - ☐ Signed and Dated 4506T-EX and most recent, signed, dated and completed tax returns
      *Only of required by investor
    - ☐ Last 2 months bank statements for all accounts, Checking, Savings, CD, etc. (ALL PAGES)

      *Transaction history is unacceptable; actual statements are needed
    - ☐ Copies of Bills and Receipts for all Additional Living Expenses Section 6b

      *Bills and receipts for additional living expenses must be submitted to be included in review
    - ☐ Copy of Previous Year W-2 form
- ☐ **Hardship Information and Copies of documentation Section 3 (refer to your specific hardship for document details)**
- ☐ **Proof of Income Section 4**
- ☐ **\*Pre-foreclosure Sale Information if Applicable**
- ☐ **\*Third Party Authorization if Applicable** (available for download via your online account or by request)
- ☐ **\*Non-Borrower Authorization Form if Applicable** (available for download via your online account or by request)

To submit your completed application you may use one of the methods below:

- Email: LossMitigation@servbank.com
- Fax: 888.292.5541
- Mail: 3138 E. Elwood St, Phoenix, AZ 85034
- Upload via portal at myloan.servbank.com or via mobile app

We are here to help. If you have any questions, please reach out to us at 866.867.0330

## Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation: email LossMitigation@servbank.com. We will contact you within five business days, or fewer according to applicable state law to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact LossMitigation@servbank.com or 866.867.0330.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## 1.  Borrower Information

Borrower's name _____  Social Security Number _____

Date of Birth: mm/dd/yyyy _____/_____/_____

E-mail address: _____

Primary phone number: _____  Best time to call _____

Cell phone number: _____  Best time to call _____

Property Address: _____

Mailing address (if different from property address): _____

Marital Status:  ☐ Married   ☐ Divorced   ☐ Separated   ☐ Single   ☐ Widowed

Employer Name: _____

Hire Date: mm/dd/yyyy _____/_____/_____

Co-Borrower's name _____  Social Security Number _____

Date of Birth: mm/dd/yyyy _____/_____/_____

E-mail address:
_____

Primary phone number: _____  Best time to call _____

Cell phone number: _____  Best time to call _____

Property Address: _____

Mailing address (if different from property address): _____

Marital Status:  ☐ Married   ☐ Divorced   ☐ Separated   ☐ Single   ☐ Widowed

Employer Name: _____

Hire Date: mm/dd/yyyy _____/_____/_____

Total Number in Household: _____

Preferred contact method (choose all that apply):  ☐ Cell phone   ☐ Home phone   ☐ Work phone

☐ Email   ☐ Text (checking this box indicates your consent for text messaging)

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death?    ☐ Yes   ☐ No

## 2.  Property Information

The property is currently:  ☐ A primary residence   ☐ A second home   ☐ An investment property

The property is currently:  ☐ Owner Occupied   ☐ Renter Occupied   ☐ Vacant

I want to:   ☐ Keep the property   ☐ Sell the property   ☐ Transfer ownership of the   ☐ Undecided
property to my servicer

Is the property listed for sale?   ☐ Yes   ☐ No

   If yes, provide the listing agent 's name and phone number or indicate  for sale by owner  if applicable:

_____

Is the property subject to condominium or homeowners' association (HOA) fees?   ☐ Yes   ☐ No

   If yes, indicate monthly dues: _____

## 3. Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) _____ and is believed to be:

- ☐ Short-term (up to 6 months)
- ☐ Long-term or permanent (greater than 6 months) Resolved as of (date)
- ☐ Resolved as of (date) _____

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | • Termination letter, unemployment award letter etc. |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay). | • Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment. | • Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | • Include signed dated hardship letter indicating property or place of employment has been affected by disaster. |
| ☐ Divorce or legal separation | • Final divorce decree or final separation agreement and recorded quick claim deed if applicable. |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | • Written statement from the borrower, or other documentation verifying disability or illness. **Note:** Detailed medical information is not required, and information from a medical provider is not required. |
| ☐ Death of borrower or death of either the primary or secondary wage earner | • Death certificate OR Obituary or newspaper article reporting the death. |
| ☐ Distant employment transfer/relocation | • For active-duty service members: Permanent Change of Station (PCS) orders or letter showing transfer.<br>• For employment transfers/new employment: Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, AND Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders). |

## 4. Income Information

| TYPE OF INCOME (CHECK ALL THAT APPLY) | | REQUIRED INCOME DOCUMENTATON |
|---|---|---|
| ☐ Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | • Most recent 30 days of paystubs including year to date earnings. |
| ☐ Self-employment income | $ | • Most recent signed and dated quarterly or year-to-date profit/loss statement.<br>• Most recent executed tax return. |
| ☐ Unemployment income | $ | • Termination letter, unemployment award letter etc. |
| ☐ Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | • Award letters or other documentation showing the amount and frequency of the benefits **OR**<br>• Two most recent bank statements showing deposit amounts |

011007 58

| | | |
|---|---|---|
| ☐ Rental income (rents Received, less expenses other than mortgage expense) | $ | • Current lease agreement **AND** <br> • Two most recent bank statements showing deposit amounts |
| ☐ Investment or insurance income | $ | • Two most recent investment statements **OR** <br> • Two most recent bank statements showing deposit amounts |
| ☐ Other sources of income not listed above (Note: only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | • Copy of divorce decree/court order **AND** <br> • Two most recent bank statements showing deposit amounts |



| Assets | |
|---|---|
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Checking Accounts cash on hand | $ |

| Current Borrower Monthly Expenses |
|---|

| A.      Liabilities | |
|---|---|
| First Mortgage Payment | $ |
| Second Mortgage Payment | $ |
| Car Lease / Payment 1 | $ |
| Car Lease / Payment 2 | $ |
| Credit Cards (total minimum payment per month) | $ |
| Installment Loan(s) (Please Specify): | $ |

| B.     Additional Living Expenses (Must include proof of expenses, bills and receipts to be included in review) | |
|---|---|
| Groceries and dining out | $ |
| Water, Sewer & Garbage | $ |
| Vehicle Insurance | $ |
| Vehicle Maintenance & Parking | $ |
| Cellular & Home Phone(s) | $ |
| Cable, Satellite & Internet | $ |
| Vehicle Gas, Maintenance, Parking | $ |
| Tuition/School | $ |
| Life Insurance | $ |
| Condo / HOA Fees | $ |
| Alimony, Child Support Payments | $ |
| Childcare / Daycare | $ |
| Other (Please Specify): | $ |
| **Total Expenses:** | $ |

011007 68

| 5.   Required Pre-foreclosure Sale Information | |
|---|---|
| Listing Agreement | • Listing agreement must be signed and dated by the listing agent and seller. It must be valid and not expired at the time the contract is signed. The property must be listed on MLS. |
| Pre-foreclosure Sale Contract | • The purchase contract must be signed and dated by all parties and must include verbiage that the closing will occur within 45 days or more of lender Pre-foreclosure sale approval.<br>• Add other documents as needed depending on condition. |
| Pre-foreclosure Sale Affidavit | • The Pre-foreclosure sale affidavit must be signed and dated by all parties including buyer(s), seller(s), buyer's agent, and seller's agent. |
| Pre-foreclosure Sale or Deed in Lieu | • Include 3 months all bank and investment statements<br>• If self-employed, most recent quarterly P&L must be completed by a CPA |

**6.  Bankruptcy, SCRA and Credit Counseling**

Bankruptcy
- Has any borrower filed for bankruptcy?     ☐ Yes     ☐ No

☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13

Filing date: _____  Case Number: _____

- Has your bankruptcy been discharged?     ☐ Yes     ☐ No

SCRA
- Is any Borrower an active-duty service member?     ☐ Yes     ☐ No

- Is any Borrower receiving hostile pay?     ☐ Yes     ☐ No

- Have you recently been deployed away from your principal residence or recently received a permanent change of station order?     ☐ Yes     ☐ No

- Is any borrower the surviving spouse of a deceased service member who was on active duty at the time of death?     ☐ Yes     ☐ No

Credit Counseling
- Have you contacted a credit counseling agency for help?     ☐ Yes     ☐ No

Counselors Name: _____

Agency's Name: _____

Counselors Phone Number: _____

Counselors Email Address: _____

- Has the mortgage on your principal residence ever had a Home Affordable Modification Program (HAMP) trial period plan or other permanent modification?     ☐ Yes     ☐ No

- Has any property that you or any Co-Borrower own had a permanent HAMP modification     ☐ Yes     ☐ No



## 7.  Borrower Certification and Agreement

1.  I certify and acknowledge that all the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.
2.  I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
3.  I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted about my request.
4.  I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.
5.  I consent to the disclosure by my servicer, authorized third party,* any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law. Personal information may include but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.
6.  I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.
7.  I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.

    * An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: _____     Date: _____

Co-Borrower signature: _____     Date: _____

**Please submit your completed application, together with the required documentation in one of the following ways:**

- **Email:  LossMitigation@servbank.com**
- **FAX:  888.292.5541**
- **Mail:  3138 E. Elwood St**
  **Phoenix, AZ 85034**
- **Upload via online account at myloan.servbank.com or via mobile app**

**We are here to help. If you have any questions, please reach out to us at 866.867.0330.**

**We will contact you within five business days, or fewer according to applicable state law to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

**8.  Hardship Statement**

Borrower signature: _____    Date: _____

Co-Borrower signature: _____    Date: _____

Form **4506-T-EZ**

(November 2021)

Department of the Treasury
Internal Revenue Service

# Short Form Request for Individual Tax Return Transcript

OMB No. 1545-2154

▶ **Request may not be processed if the form is incomplete or illegible.**
▶ **For more information about Form 4506T-EZ, visit *www.irs.gov/form4506tez*.**

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use <u>Get Transcript</u> to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof the IRS has no record of a filed Form 1040-series tax return for the year you request).

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** **First social security number or individual taxpayer identification number on tax return** |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** **Second social security number or individual taxpayer identification number if joint tax return** |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** Customer file number (if applicable) (see instructions)

**Note:** Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See **What's New** under **Future Developments** on Page 2 for additional information.

**6** **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

_____     _____     _____     _____

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS will notify you that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** spouse must sign. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506T-EZ.** See instructions.

| | Phone number of taxpayer on line 1a or 2a |
|---|---|

**Sign Here**

▶ **Signature** (see instructions)                              Date

▶ **Spouse's signature**                                          Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**          Cat. No. 54185S          Form **4506T-EZ** (Rev. 11-2021)

011007.88

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about developments related to Form 4506T-EZ, such as legislation enacted after it was published, go to *www.irs.gov/form4506tez*.

The filing location for the Form 4506T-EZ has changed. Please see the **Where to File** section for your new mailing location.

**What's New.** As part of its ongoing efforts to protect taxpayer data, the Internal Revenue Service announced that in July 2019, it will stop all third-party mailings of requested transcripts. After this date masked Tax Transcripts will only be mailed to the taxpayer's address of record.

If a third-party is unable to accept a Tax Transcript mailed to the taxpayer, they may either contract with an existing IVES participant or become an IVES participant themselves. For additional information about the IVES program, go to *www.irs.gov* and search IVES.

## General Instructions

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript for the current and the prior three years that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a tax year beginning in one calendar year and ending in the following year (fiscal tax year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Customer File Number.** The transcripts provided by the IRS have been modified to protect taxpayers' privacy. Transcripts only display partial personal information, such as the last four digits of the taxpayer's Social Security Number. Full financial and tax information, such as wages and taxable income, are shown on the transcript.

An optional Customer File Number field is available to use when requesting a transcript. This number will print on the transcript. See Line 5 instructions for specific requirements. The customer file number is an optional field and not required.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when the return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Florida, Louisiana, Mississippi, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 855-587-9604 |
| Alabama, Arkansas, Delaware, Georgia, Illinois, Indiana, Iowa, Kentucky, Maine, Massachusetts, Minnesota, Missouri, New Hampshire, New Jersey, New York, North Carolina, Oklahoma, South Carolina, Tennessee, Vermont, Virginia, Wisconsin | RAIVS Team Kansas City, MO 64999 855-821-0094 |
| Alaska, Arizona, California, Colorado, Connecticut, District of Columbia, Hawaii, Idaho, Kansas, Maryland, Michigan, Montana, Nebraska, Nevada, New Mexico, North Dakota, Ohio, Oregon, Pennsylvania, Rhode Island, South Dakota, Utah, Washington, West Virginia, Wyoming | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 855-298-1145 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Line 5.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number **should not** contain an SSN. Completion of this line is not required.

**Note.** If you use an SSN, name or combination of both, we will not input the information and the customer file number will reflect a generic entry of "9999999999" on the transcript.

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked*

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.



**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. If you request a transcript, sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

**servbank**
a dba of Allied First Bank, sb

**Date:** October 11, 2023

**Loan Number:** 0848145025

For Return Mail Only:
P.O. BOX 1298
SOUTH WINDSOR, CT 06074-7298
XC868

**Property Address:**
6470 St Mark Way
Fairburn GA 30213

------ manifest line ---------
Jamaree James
6470 St Mark Way
Fairburn GA 30213

**Resources**

Message Center:
myloan.servbank.com/MSG

Correspondence:
ATTN: Care Center
3138 E. Elwood St
Phoenix, AZ 85034

Hours:
Mon - Fri: 8am - 9pm ET
Sat: 8am - 12pm ET

Phone:
866.867.0330

Dear Homeowner,

At this time our records indicate that you are in default with your mortgage payment(s). This has resulted in the initiation of foreclosure proceedings to seek resolution of the loan balance. You should have received notification of the foreclosure action. As the servicer of your mortgage loan, we are concerned with the reason for your payment delinquency. We are ready and willing to work with you to bring the loan current or assist you with resolving the loan balance that is due in order to prevent foreclosure and loss of your property.

The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification, including the Home Modification Program) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure).

We're on a mission to Grow Happiness and are here to help you in any way we can. If you have any questions, please feel free to contact one of our highly trained Careologists at 866.867.0330. They are available Mon - Fri: 8am - 9pm ET, and Sat: 8am - 12pm ET, excluding major holidays. You may also view additional information regarding your mortgage on your self-service online account at myloan.servbank.com

Sincerely,

Servbank
Resolutionist Team

Please note that in pursuing possible Loss Mitigation workout options, Servbank, does not agree to stop any current or future collection or foreclosure proceedings or any that may be in progress at this time. Any such proceedings will continue until an agreement is reached and you receive notice in writing of such agreement. We recommend that if you receive notice of foreclosure proceedings you contact the representative or attorney noted in the correspondence.



Allied First Bank, sb dba Servbank
3138 E. Elwood St
Phoenix, AZ 85034

| NMLS: 203463 | v2.2 | XC868 |
|---|---|---|
| 866.867.0330 | rev.07/01/2023 | 1 of 2 |

Member FDIC

This letter is from a debt collector. Any information you provide will be used to collect the debt.

TO MORTGAGORS INVOLVED IN A BANKRUPTCY PROCEEDING:

If you are a debtor involved in a bankruptcy proceeding, this statement has been sent to you merely for informational purposes only and may be disregarded as an attempt to collect the debt (unless your mortgage is subject to an in rem order). If the automatic stay is in effect, we will not act to collect on the debt owed until the stay has been lifted or the case has been closed, dismissed, or discharged.

If this statement has reached you after your case has been discharged, please be assured that we are not attempting and will not attempt to collect this debt as a personal obligation, except in those circumstances when we may have the right to do so under applicable bankruptcy law. Otherwise, we will seek recovery of the debt from the property securing this debt.





Allied First Bank, sb dba Servbank
3138 E. Elwood St
Phoenix, AZ 85034

| NMLS: 203463 | v2.2 | XC868 |
|---|---|---|
| 866.867.0330 | rev.07/01/2023 | 2 of 2 |

Member FDIC

We understand that financial circumstances may change from time to time, affecting your ability to meet your obligations. We would like to offer our assistance in case you are unable to meet your mortgage obligations.

## We Are Here to Help - Call Us at 866.867.0330

Let us work with you to understand the issues affecting your mortgage payments. We'll explore what assistance may be available to you and discuss the forms and documentation needed to determine if you qualify for an option to avoid foreclosure.

## Options May Be Available

The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including mortgage options that may allow you to stay in your home or leave your home while avoiding foreclosure. Review the **Information on Avoiding Foreclosure** page for an overview of these options.

**Act now and call us at Servbank. The sooner you respond, the quicker we can determine whether you qualify for an option to avoid foreclosure.**

## Getting Started

**Remember, you need to take action by calling us at 866.867.0330 right away - or get started by completing and returning the attached Uniform Borrower Assistance Form along with other required documents within 30 days of the date of this letter to us at:**

- **Email: LossMitigation@servbank.com**

- **Fax: 888.214.4255**

- **Mail: ATTN: Loss Mitigation, 3138 E. Elwood St, Phoenix, AZ 85034**

*Please note that depending on the timing of when the necessary information or documentation is received, there is no guarantee of an evaluation for a workout option and suspension of foreclosure proceedings.*

## Additional Resources

**For additional information about preventing foreclosure, avoiding fraud scams and accessing approved counseling at no cost to you:**
- Visit Servbank's web site at myloan.servbank.com
- Visit Fannie Mae's consumer website at fanniemae.com or Freddie Mac's at www.myhome.freddiemac.com
- Find available HUD-approved housing counselors - Call the U.S. Department of Housing and Urban Development at (800) 569-4287 or visit www.hud.gov/counseling

## Information on Avoiding Foreclosure

These options may be available to you depending on your hardship. There are options to help you stay in your home and bring your mortgage current, and options that allow you to leave your home while avoiding foreclosure. We can answer any questions you may have about these options, including the general eligibility requirements.



| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | ▪ Pay all past due amounts in a single lump-sum payment.<br>▪ Available if you have the funds to pay now. | ▪ Allows you to bring your mortgage current immediately. |
| **Repayment Plan** | ▪ Pay all past due amounts together with your regular monthly payments over an extended period of time.<br>▪ Available if you have sufficient income to cover more than your regular monthly payment. | ▪ Allows you time to bring your mortgage current without having to make a single lump-sum payment. |
| **Payment Deferral** | ▪ Defer repayment of one or two past-due principal and interest payments, which will be due and payable at the maturity of the mortgage loan or earlier upon the sale or transfer of the property, refinance of the mortgage loan, or payoff of the interest-bearing unpaid principal balance. | ▪ Allows you to bring your mortgage current by delaying repayment of past-due principal and interest amounts without changing other terms of your mortgage. |
| **Forbearance Plan** | ▪ Make reduced payments or no payments for a specific period of time (for example, six months). During this time your mortgage will become increasingly delinquent. | ▪ Allows you time to improve your financial situation and possibly qualify for another option, such as a modification, upon completion of the forbearance plan. |
| **Modification** | ▪ Make modified payments based on new terms.<br>▪ Requires your successful completion of a three-month trial period plan. | ▪ Allows you to bring your mortgage current by permanently modifying your mortgage.<br>▪ Intended to make your payments or terms more manageable; typically results in a lower monthly payment. |
| OPTIONS TO LEAVE YOUR HOME | OVERVIEW | BENEFIT |
| **Short Sale** | ▪ Sell your property.<br>▪ Proceeds from the sale are used to pay off a portion of your mortgage balance when you owe more on your mortgage than the home is worth. | ▪ Allows you to transition out of your home to avoid foreclosure.<br>▪ Relocation funds may be available.<br>▪ The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences   consult a tax advisor. |
| **Mortgage Release (Deed-in-Lieu of Foreclosure)** | ▪ Transfer ownership of your property to us in exchange for relief from some or all of the mortgage debt. | ▪ Allows you to transition out of your home if you are unable to sell your home to avoid foreclosure.<br>▪ Relocation funds may be available.<br>▪ The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences consult a tax advisor. |

## Frequently Asked Questions

**Q1. Will it cost money to get help?**
- No. There should never be a fee to obtain assistance or information about foreclosure prevention options from your mortgage servicer or a qualified housing finance agency.
- Never send a mortgage payment to a company except the one listed on your monthly mortgage statement.
- Beware of scams and anyone offering to help you for a fee (see **Beware of Foreclosure Rescue Scams!** for additional information).

**Q2. What is foreclosure?**
- Foreclosure is the loss of your home through a legal process where your mortgage servicer or a third party acquires the property at a foreclosure sale.

**Q3. What are the consequences of foreclosure?**
- You must move or you will be evicted from the property.
- It may be as long as seven years before you are eligible for another Fannie Mae or Freddie Mac mortgage.
- You and any additional borrower listed on the mortgage may experience negative credit implications.

**Q4. Will the foreclosure process begin if I do not respond to my mortgage servicer s notices regarding missed payments?**
- If you disregard your mortgage servicer s notices, your mortgage servicer may refer your mortgage to foreclosure as authorized by your mortgage documents and applicable law.

**Q5. Should I still contact my mortgage servicer if I have waited too long and my property has been referred to foreclosure?**
- Yes, the sooner the better! If you wish to keep your home, contact your mortgage servicer immediately.
- You may also contact a HUD-approved housing counselor (see **Additional Resources** on page 1) and request a three-way call that would include you, the HUD-approved housing counselor, and your mortgage servicer to discuss your hardship.
- A HUD-approved housing counselor can also provide free advice on debt management.

**Q6. Can I still be evaluated for mortgage assistance if my property is scheduled for a foreclosure sale?**
- Yes, but it is important that you reach out to your servicer as soon as possible to discuss potential options. If your mortgage servicer receives your complete Mortgage Assistance Application with only 37 or fewer calendar days before the scheduled foreclosure sale, there is no guarantee that your servicer will be able to evaluate you for mortgage assistance in time to stop the foreclosure sale.
- Even if your mortgage servicer approves you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not be able to halt the scheduled sale.

**Q7. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
- No. Your property will not be sold at a foreclosure sale if you accept a foreclosure avoidance option and comply with its requirements.

**Q8. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**
- You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## Beware of Foreclosure Rescue Scams!

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services. HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information, or advice that sounds too good to be true, it probably is. If you have any doubts, contact your mortgage servicer. Don't let scammers take advantage of you, your situation, your house, or your money. Keep in mind, your mortgage servicer is not responsible for paying damages resulting from a scam. **Remember, help is FREE.**

**How to Spot a Scam -** beware of a company or person who:
- Asks for a fee in advance to work with your mortgage servicer to modify, refinance, or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your mortgage modified.
- Advises you to stop paying your mortgage servicer and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- Claims to offer "government-approved" or "official government" mortgage modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam -** do one of the following:
- Go to http://www.consumerfinance.gov/complaint/ to submit a complaint and get information on how to fight back.
- Call (888) 995-HOPE (4673) and tell the counselor about your situation and that you believe you were scammed or know of a scam.

**Notice**: This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Credit Reporting Notice**: We will continue to report the delinquency status of your mortgage as well as your entry into a forbearance plan to credit reporting agencies in accordance with applicable law. **CREDIT REPORTING AGENCIES GENERALLY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENTS AS AN INCREASED CREDIT RISK. HOWEVER, A FORECLOSURE WOULD HAVE A MORE NEGATIVE IMPACT TO YOUR CREDIT SCORE.**

**Bankruptcy Notice**: If you have an active bankruptcy or you have received a bankruptcy discharge regarding your mortgage loan, we are sending this for informational or legal purposes only and are not attempting to collect a debt against you personally. However, we reserve all rights to collect all amounts due to us from any collateral as to which we or our clients hold a mortgage or other security interest, and from any borrower who has not received a bankruptcy discharge.

**Important Servicemember Protections:** You may be entitled to certain legal rights and protections if you or any owner of your home are or recently were on active duty or active service as a federal or state military servicemember, or if you're a dependent of such a servicemember. For more information, please contact our Customer Care Center. You may also call (800) 342-9647 for further assistance or visit www.militaryonesource.mil. Servicemembers and dependents with questions about the Servicemembers Civil Relief Act should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at https://legalassistance.law.af.mil/. 

**Get Help Today! Experts from HUD-approved housing counseling agencies work in your best interest at no cost to you:**

- For more information about available programs and guidance on your options, call (888) 995-HOPE (4673). Call 24 hours a day, 7 days a week, 365 days a year for help in more than 170 languages. Dial 711 for hearing impaired.

- For foreclosure prevention counseling, contact a HUD-approved housing counseling agency in a city near you by visiting www.hud.gov/findacounselor or by calling (800) 569-4287.
- For borrowers who may need a Telecommunication Device for the Deaf (TDD) or Text Telephone (TYY), you can call the toll-free Federal Information Relay Service at (800) 877-8339.

**Notice Regarding Deed-in-Lieu of Foreclosure:** Pursuant to Section 204 of the National Housing Act (12 U.S.C. 1710), for FHA-insured mortgages, your mortgage must be in Default on the date the Deed-in-Lieu special warranty deed is executed. Deed-in-Lieu transactions are generally reported to consumer reporting agencies and will likely affect your ability to obtain another mortgage and other types of credit. If you are a servicemember, it is recommended that you obtain guidance from your employer regarding the Deed-in-Lieu impact on your security clearance and employment.

**Notice Regarding Pre-Foreclosure Sale:** Pursuant to Section 204(a)(1)(D) of the National Housing Act (12 U.S.C. 1710), for FHA-insured mortgages, your mortgage must be in Default on the date the pre-foreclosure sale transaction closes. Pre-Foreclosure Sale transactions are generally reported to consumer reporting agencies and will likely affect your ability to obtain another mortgage and other types of credit. If you are a servicemember, it is recommended that you obtain guidance from your employer regarding the Pre-Foreclosure Sale's impact on your security clearance and employment.

**Notice of Error and Information Requests:** You have certain rights under Federal law related to resolving account errors and requesting information about your account. If you think there is an error with your mortgage loan account or if you wish to request information about your mortgage loan, you may write to us at the following address:

Servbank
ATTN: Qualified Written Request
3138 E. Elwood Street
Phoenix, AZ 85034

Please include the following information: Your full name, account number, mailing address, and a brief description of the error you believe has occurred with your mortgage loan; or the account information you are requesting. We will review your correspondence and provide a response within thirty (30) business days of receipt.

**Notice Regarding Equal Credit:** The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. If you believe there has been the applicant has in good faith exercised any right under the Consumer Credit Protection Act. If you believe there has been discrimination in handling your application, please contact:

Division of Depositor and Consumer Protection,
National Center for Consumer and Depositor Assistance,
Federal Deposit Insurance Corporation
1100 Walnut Street, Box #11
Kansas City, MO 64106

## Notice of Homeowner Assistance Fund Availability

The Homeowner Assistance Fund (HAF) is a federal program authorized by The American Rescue Plan Act of 2021. The purpose of the HAF is to help homeowners experiencing a financial hardship as a result of COVID-19 catch up on mortgage and utility bills and pay other housing costs. Funds from the HAF may be used for assistance with past-due mortgage payments, homeowner s insurance, utility payments, and other specified purposes. Each state is responsible for requesting and disbursing funds under their own HAF programs. As state programs become available, they will be listed on the National Council of State Housing Agencies (NCSHA) website at https://www.ncsha.org/homeowner-assistance-fund/.

As your mortgage servicer, we are happy to coordinate with the State Housing Finance Agencies and state HAF programs on getting our customers back on track.

- For more information on your state HAF program, please visit the NCSHA website above.
- The website provides a *Homeowner Assistance Fund by State interactive map* that allows you to view the HAF information for your state.
- Click on a state to get the latest information, including program status, eligibility requirements, and how to apply for financial assistance.

## Aviso de Disponibilidad del Fondo de Asistencia al Propietario

El Fondo de Asistencia para Propietarios (HAF, por sus siglas en inglés) es un programa federal autorizado por la Ley del Plan de Rescate Estadounidense de 2021. El propósito del HAF es ayudar a los propietarios que experimentan dificultades financieras como resultado de COVID-19 a ponerse al día con las facturas hipotecarias y de servicios públicos y pagar otros costos de vivienda. Los fondos del HAF pueden ser utilizados para asistencia con los pagos de hipoteca vencidos, de seguro del propietario, de servicios públicos u otros propósitos especificados. Cada estado es responsable de solicitar y desembolsar fondos bajo sus propios programas de HAF. A medida de que los programas estatales estén disponibles, serán incluidos en el sitio web del Consejo Nacional de Agencias de Vivienda Estatales (NCSHA) en  https://www.ncsha.org/homeowner-assistance-fund/.

Como administrador de su hipoteca, nos complace coordinar con las Agencias de Financiamiento de vivienda Estatales y los programas estatales de HAF para que nuestros clientes se pongan al día.

- Para obtener más información sobre el programa HAF de su estado, visite el sitio web de NCSHA arriba.
- El sitio web proporciona un *mapa interactivo del Fondo de Asistencia para Propietarios por Estado* que le permite ver la información de HAF para su estado.
- Haga clic en un estado para obtener la información más reciente, incluyendo el estatus del programa, los requisitos de elegibilidad y cómo solicitar asistencia financiera.

Miscellaneous Disclosures - v.6.1 - rev.07.21.2023

## Mortgage Assistance Application Checklist

Important: All documents listed on this form are required.

Documents indicated with an asterisk * will be required if applicable.

We will be unable to review your request for assistance until all required documents are received. Use the checklist below prior to submission to ensure all documents are included with submission.

- ☐ **Copies of all Core Documents Listed Below**
  - ☐ Completed, signed, and dated Mortgage Assistance Application
  - ☐ Signed and Dated hardship letter
  - ☐ Signed and Dated 4506T-EX and most recent, signed, dated and completed tax returns
    *Only of required by investor
  - ☐ Last 2 months bank statements for all accounts, Checking, Savings, CD, etc. (ALL PAGES) 

    *Transaction history is unacceptable; actual statements are needed
  - ☐ Copies of Bills and Receipts for all Additional Living Expenses Section 6b

    *Bills and receipts for additional living expenses must be submitted to be included in review
  - ☐ Copy of Previous Year W-2 form
- ☐ **Hardship Information and Copies of documentation Section 3 (refer to your specific hardship for document details)**
- ☐ **Proof of Income Section 4**
- ☐ **\*Pre-foreclosure Sale Information if Applicable**
- ☐ **\*Third Party Authorization if Applicable** (available for download via your online account or by request)
- ☐ **\*Non-Borrower Authorization Form if Applicable** (available for download via your online account or by request)

To submit your completed application you may use one of the methods below:

- Email: LossMitigation@servbank.com
- Fax: 888.292.5541
- Mail: 3138 E. Elwood St, Phoenix, AZ 85034
- Upload via portal at myloan.servbank.com or via mobile app

We are here to help. If you have any questions, please reach out to us at 866.867.0330

## Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation: email LossMitigation@servbank.com. We will contact you within five business days, or fewer according to applicable state law to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact LossMitigation@servbank.com or 866.867.0330.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## 1.  Borrower Information

Borrower's name _____    Social Security Number _____

Date of Birth: mm/dd/yyyy _____/_____/_____

E-mail address: _____

Primary phone number: _____    Best time to call _____

Cell phone number: _____    Best time to call _____

Property Address: _____

Mailing address (if different from property address): _____

Marital Status:  ☐ Married    ☐ Divorced    ☐ Separated    ☐ Single    ☐ Widowed

Employer Name: _____

Hire Date: mm/dd/yyyy _____/_____/_____

Co-Borrower's name _____    Social Security Number _____

Date of Birth: mm/dd/yyyy _____/_____/_____

E-mail address: _____

Primary phone number: _____    Best time to call _____

Cell phone number: _____    Best time to call _____

Property Address: _____

Mailing address (if different from property address): _____

Marital Status:  ☐ Married    ☐ Divorced    ☐ Separated    ☐ Single    ☐ Widowed

Employer Name: _____

Hire Date: mm/dd/yyyy _____/_____/_____

Total Number in Household: _____

Preferred contact method (choose all that apply):  ☐ Cell phone    ☐ Home phone    ☐ Work phone

☐ Email    ☐ Text (checking this box indicates your consent for text messaging)

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death?    ☐ Yes    ☐ No

## 2.  Property Information

The property is currently:  ☐ A primary residence    ☐ A second home    ☐ An investment property

The property is currently:  ☐ Owner Occupied    ☐ Renter Occupied    ☐ Vacant

I want to:  ☐ Keep the property    ☐ Sell the property    ☐ Transfer ownership of the    ☐ Undecided
property to my servicer

Is the property listed for sale?   ☐ Yes    ☐ No

If yes, provide the listing agent 's name and phone number or indicate  for sale by owner  if applicable:

_____

Is the property subject to condominium or homeowners' association (HOA) fees?    ☐ Yes    ☐ No

If yes, indicate monthly dues: _____

008462 5/9

### 3. Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) _____ and is believed to be:

☐ Short-term (up to 6 months)
☐ Long-term or permanent (greater than 6 months) Resolved as of (date)
☐ Resolved as of (date) _____

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | • Termination letter, unemployment award letter etc. |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay). | • Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment. | • Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | • Include signed dated hardship letter indicating property or place of employment has been affected by disaster. |
| ☐ Divorce or legal separation | • Final divorce decree or final separation agreement and recorded quick claim deed if applicable. |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | • Written statement from the borrower, or other documentation verifying disability or illness. **Note:** Detailed medical information is not required, and information from a medical provider is not required. |
| ☐ Death of borrower or death of either the primary or secondary wage earner | • Death certificate OR Obituary or newspaper article reporting the death. |
| ☐ Distant employment transfer/relocation | • For active-duty service members: Permanent Change of Station (PCS) orders or letter showing transfer.<br><br>• For employment transfers/new employment: Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, AND Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders). |

### 4. Income Information

| TYPE OF INCOME (CHECK ALL THAT APPLY) | | REQUIRED INCOME DOCUMENTATON |
|---|---|---|
| ☐ Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | • Most recent 30 days of paystubs including year to date earnings. |
| ☐ Self-employment income | $ | • Most recent signed and dated quarterly or year-to-date profit/loss statement.<br><br>• Most recent executed tax return. |
| ☐ Unemployment income | $ | • Termination letter, unemployment award letter etc. |
| ☐ Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | • Award letters or other documentation showing the amount and frequency of the benefits **OR**<br><br>• Two most recent bank statements showing deposit amounts |



| | | |
|---|---|---|
| ☐ Rental income (rents Received, less expenses other than mortgage expense) | $ | • Current lease agreement **AND**<br>• Two most recent bank statements showing deposit amounts |
| ☐ Investment or insurance income | $ | • Two most recent investment statements **OR**<br>• Two most recent bank statements showing deposit amounts |
| ☐ Other sources of income not listed above (Note: only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | • Copy of divorce decree/court order **AND**<br>• Two most recent bank statements showing deposit amounts |

| Assets | |
|---|---|
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Checking Accounts cash on hand | $ |

| Current Borrower Monthly Expenses |
|---|

| A.      Liabilities | |
|---|---|
| First Mortgage Payment | $ |
| Second Mortgage Payment | $ |
| Car Lease / Payment 1 | $ |
| Car Lease / Payment 2 | $ |
| Credit Cards (total minimum payment per month) | $ |
| Installment Loan(s) (Please Specify): | $ |

008882 6.9

| B.   Additional Living Expenses (Must include proof of expenses, bills and receipts to be included in review) | |
|---|---|
| Groceries and dining out | $ |
| Water, Sewer & Garbage | $ |
| Vehicle Insurance | $ |
| Vehicle Maintenance & Parking | $ |
| Cellular & Home Phone(s) | $ |
| Cable, Satellite & Internet | $ |
| Vehicle Gas, Maintenance, Parking | $ |
| Tuition/School | $ |
| Life Insurance | $ |
| Condo / HOA Fees | $ |
| Alimony, Child Support Payments | $ |
| Childcare / Daycare | $ |
| Other (Please Specify): | $ |
| **Total Expenses:** | $ |



| 5.   Required Pre-foreclosure Sale Information | |
|---|---|
| Listing Agreement | • Listing agreement must be signed and dated by the listing agent and seller. It must be valid and not expired at the time the contract is signed. The property must be listed on MLS. |
| Pre-foreclosure Sale Contract | • The purchase contract must be signed and dated by all parties and must include verbiage that the closing will occur within 45 days or more of lender Pre-foreclosure sale approval.<br>• Add other documents as needed depending on condition. |
| Pre-foreclosure Sale Affidavit | • The Pre-foreclosure sale affidavit must be signed and dated by all parties including buyer(s), seller(s), buyer's agent, and seller's agent. |
| Pre-foreclosure Sale or Deed in Lieu | • Include 3 months all bank and investment statements<br>• If self-employed, most recent quarterly P&L must be completed by a CPA |

## 6.  Bankruptcy, SCRA and Credit Counseling

| | | | |
|---|---|---|---|
| Bankruptcy | • Has any borrower filed for bankruptcy? | ☐ Yes | ☐ No |

☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13

Filing date: _____ Case Number: _____

| | | | |
|---|---|---|---|
| | • Has your bankruptcy been discharged? | ☐ Yes | ☐ No |
| SCRA | • Is any Borrower an active-duty service member? | ☐ Yes | ☐ No |
| | • Is any Borrower receiving hostile pay? | ☐ Yes | ☐ No |
| | • Have you recently been deployed away from your principal residence or recently received a permanent change of station order? | ☐ Yes | ☐ No |
| | • Is any borrower the surviving spouse of a deceased service member who was on active duty at the time of death? | ☐ Yes | ☐ No |
| Credit Counseling | • Have you contacted a credit counseling agency for help? | ☐ Yes | ☐ No |

Counselors Name: _____

Agency's Name: _____

Counselors Phone Number: _____

Counselors Email Address: _____

| | | | |
|---|---|---|---|
| • Has the mortgage on your principal residence ever had a Home Affordable Modification Program (HAMP) trial period plan or other permanent modification? | | ☐ Yes | ☐ No |
| • Has any property that you or any Co-Borrower own had a permanent HAMP modification | | ☐ Yes | ☐ No |

008862 779

## 7.  Borrower Certification and Agreement

1.  I certify and acknowledge that all the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.
2.  I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
3.  I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted about my request.
4.  I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.
5.  I consent to the disclosure by my servicer, authorized third party,* any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law. Personal information may include but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.
6.  I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.
7.  I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.

* An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: _____    Date: _____

Co-Borrower signature: _____    Date: _____

**Please submit your completed application, together with the required documentation in one of the following ways:**

- **Email:  LossMitigation@servbank.com**
- **FAX:  888.292.5541**
- **Mail:  3138 E. Elwood St**
  **Phoenix, AZ 85034**
- **Upload via online account at myloan.servbank.com or via mobile app**

**We are here to help. If you have any questions, please reach out to us at 866.867.0330.**

**We will contact you within five business days, or fewer according to applicable state law to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

## 8. Hardship Statement



Borrower signature: _____    Date: _____

Co-Borrower signature: _____    Date: _____

Form **4506-T-EZ**

(November 2021)

Department of the Treasury
Internal Revenue Service

# Short Form Request for Individual Tax Return Transcript

OMB No. 1545-2154

▶ **Request may not be processed if the form is incomplete or illegible.**

▶ **For more information about Form 4506T-EZ, visit** *www.irs.gov/form4506tez.*

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use <u>Get Transcript</u> to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b First social security number or individual taxpayer identification number on tax return** |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b Second social security number or individual taxpayer identification number if joint tax return** |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** Customer file number (if applicable) (see instructions)

**Note:** Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See **What's New** under **Future Developments** on Page 2 for additional information.

**6** **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

_____    _____    _____    _____

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS will notify you that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** spouse must sign. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506T-EZ.** See instructions.

Phone number of taxpayer
on line 1a or 2a

**Sign Here**

▶ | **Signature** (see instructions) | Date

▶ | **Spouse's signature** | Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**    Cat. No. 54185S    Form **4506T-EZ** (Rev. 11-2021)

Form 4506T-EZ (Rev. 11-2021) Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about developments related to Form 4506T-EZ, such as legislation enacted after it was published, go to *www.irs.gov/form4506tez*.

The filing location for the Form 4506T-EZ has changed. Please see the **Where to File** section for your new mailing location.

**What's New**. As part of its ongoing efforts to protect taxpayer data, the Internal Revenue Service announced that in July 2019, it will stop all third-party mailings of requested transcripts. After this date masked Tax Transcripts will only be mailed to the taxpayer's address of record.

If a third-party is unable to accept a Tax Transcript mailed to the taxpayer, they may either contract with an existing IVES participant or become an IVES participant themselves. For additional information about the IVES program, go to *www.irs.gov* and search IVES.

## General Instructions

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript for the current and the prior three years that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a tax year beginning in one calendar year and ending in the following year (fiscal tax year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Customer File Number.** The transcripts provided by the IRS have been modified to protect taxpayers' privacy. Transcripts only display partial personal information, such as the last four digits of the taxpayer's Social Security Number. Full financial and tax information, such as wages and taxable income, are shown on the transcript.

An optional Customer File Number field is available to use when requesting a transcript. This number will print on the transcript. See Line 5 instructions for specific requirements. The customer file number is an optional field and not required.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when the return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Florida, Louisiana, Mississippi, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 855-587-9604 |
| Alabama, Arkansas, Delaware, Georgia, Illinois, Indiana, Iowa, Kentucky, Maine, Massachusetts, Minnesota, Missouri, New Hampshire, New Jersey, New York, North Carolina, Oklahoma, South Carolina, Tennessee, Vermont, Virginia, Wisconsin | RAIVS Team Kansas City, MO 64999 855-821-0094 |
| Alaska, Arizona, California, Colorado, Connecticut, District of Columbia, Hawaii, Idaho, Kansas, Maryland, Michigan, Montana, Nebraska, Nevada, New Mexico, North Dakota, Ohio, Oregon, Pennsylvania, Rhode Island, South Dakota, Utah, Washington, West Virginia, Wyoming | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 855-298-1145 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Line 5.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number **should not** contain an SSN. Completion of this line is not required.

**Note.** If you use an SSN, name or combination of both, we will not input the information and the customer file number will reflect a generic entry of "9999999999" on the transcript.

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked*

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. If you request a transcript, sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.



# EXHIBIT I

## 1. Borrower Information

Borrower's name: *Jamaree James*    Social Security Number: *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*

Date of Birth: mm/dd/yyyy *01/30/92*

E-mail address: *jamaree.rjames@gmail.com*

Primary phone number: *678-775-9078*    Best time to call: *Anytime*

Cell phone number: _____    Best time to call: _____

Property Address: *6470 Saint Mark Way    Fairburn Ga 30213*

Mailing address (if different from property address): _____

Marital Status:  ☐ Married   ☐ Divorced   ☐ Separated   ☑ Single   ☐ Widowed

Employer Name: *unemployed*

Hire Date: mm/dd/yyyy ___/___/___

Co-Borrower's name _____    Social Security Number _____

Date of Birth: mm/dd/yyyy ___/___/___

E-mail address: _____

Primary phone number: _____    Best time to call _____

Cell phone number: _____    Best time to call _____

Property Address: _____

Mailing address (if different from property address): _____

Marital Status:  ☐ Married   ☐ Divorced   ☐ Separated   ☐ Single   ☐ Widowed

Employer Name: _____

Hire Date: mm/dd/yyyy ___/___/___

Total Number in Household: _____

Preferred contact method (choose all that apply):  ☐ Cell phone   ☐ Home phone   ☐ Work phone

☑ Email   ☑ Text (checking this box indicates your consent for text messaging)

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death?   ☐ Yes   ☑ No

## 2. Property Information

The property is currently: ☑ A primary residence   ☐ A second home   ☐ An investment property

The property is currently: ☑ Owner Occupied   ☐ Renter Occupied   ☐ Vacant

I want to:   ☑ Keep the property   ☐ Sell the property   ☐ Transfer ownership of the property to my servicer   ☐ Undecided

Is the property listed for sale?   ☐ Yes   ☑ No

– If yes, provide the listing agent's name and phone number or indicate "for sale by owner" if applicable: _____

Is the property subject to condominium or homeowners' association (HOA) fees?   ☑ Yes   ☑ No

– If yes, indicate monthly dues: *$600 0.00*

## Mortgage Assistance Application Checklist

Important: All documents listed on this form are required.

Documents indicated with an asterisk * will be required if applicable.

We will be unable to review your request for assistance until all required documents are received. Use the checklist below prior submission to ensure all documents are included with submission.

☑ **Copies of all Core Documents Listed Below**

    ☑ Completed, signed and dated Mortgage Assistance Application

    ☑ Signed and Dated hardship letter

    ☐ Signed and Dated 4506T-EZ and most recent, signed, dated and completed tax returns

      *Only if required by investor.

    ☑ Last 2 months bank statements for all accounts, Checking, Savings, CD, etc. (ALL PAGES)

      *Transaction history is unacceptable, actual statements are needed

    ☐ Copies of Bills and Receipts for all Additional Living Expenses Section 6b

      *Bills and receipts for additional living expenses must be submitted to be included in review

    ☑ Copy of Previous Year W-2 form    *Didn't work a job since 2021*

☐ **Hardship Information and Copies of documentation Section 3 (refer to your specific hardship for docume details)**

☐ **Proof of Income Section 4**

☐ ***Pre-foreclosure Sale Information if Applicable**

## 3. Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) __9/2023__ and is believed to be:

- ☑ Short-term (up to 6 months)
- ☐ Long-term or permanent (greater than 6 months) Resolved as of (date)
- ☐ Resolved as of (date) _____

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☑ Unemployment | • Termination letter, unemployment award letter etc. |
| ☑ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | • Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment | • Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | • Include signed dated hardship letter indicating property or place of employment has been affected by disaster |
| ☐ Divorce or legal separation | • Final divorce decree or final separation agreement and recorded quick claim deed if applicable |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | • Written statement from the borrower, or other documentation verifying disability or illness<br>**Note:** Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Death of borrower or death of either the primary or secondary wage earner | • Death certificate OR Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | • For active duty service members: Permanent Change of Station (PCS) orders or letter showing transfer.<br>• For employment transfers/new employment: Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, AND Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |

## 4. Income Information

| TYPE OF INCOME (CHECK ALL THAT APPLY) | | REQUIRED INCOME DOCUMENTATON |
|---|---|---|
| ☐ Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | • Most recent 30 days of paystubs including year to date earnings |

| TYPE OF INCOME (CHECK ALL THAT APPLY) | | REQUIRED INCOME DOCUMENTATON |
|---|---|---|
| ☐ Self-employment income | $ | • Most recent signed and dated quarterly or year-to-date profit/loss statement<br>• Most recent executed tax return |
| ☐ Unemployment income | $ | • Termination letter, unemployment award letter etc. |
| ☐ Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | • Award letters or other documentation showing the amount and frequency of the benefits OR<br>• Two most recent bank statements showing deposit amounts |
| ☐ Rental income (rents Received, less expenses other than mortgage expense) | $ | • Current lease agreement AND<br>• Two most recent bank statements showing deposit amounts |
| ☐ Investment or insurance income | $ | • Two most recent investment statements OR<br>• Two most recent bank statements showing deposit amounts |
| ☐ Other sources of income not listed above (Note: only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | • Copy of divorce decree/court order AND<br>• Two most recent bank statements showing deposit amounts |

### Assetts

| | |
|---|---|
| Savings, money market funds, and Certificates of Deposit (CDs) | $ 0 |
| Stocks and bonds (non-retirement accounts) | $ 0 |
| Checking Accounts cash on hand | $ 0 |

### Current Borrower Monthly Expenses

#### A.   Liabilities

| | |
|---|---|
| First Mortgage Payment | $ 11,165. |
| Second Mortgage Payment | $ 0 |
| Car Lease / Payment 1 | $ 0 |
| Car Lease / Payment 2 | $ 0 |
| Credit Cards (total minimum payment per month) | $ 0 |
| Installment Loan(s) (Please Specify): _____ | $ 0 |

| A. Additional Living Expenses (Must include proof of expenses, bills and receipts to be included in review) | |
|---|---|
| Groceries and dining out | $ 0 |
| Electricity, heating oil, natural gas | $000. |
| Water, Sewer & Garbage | $0 |
| Vehicle Insurance | $ 0 |
| Vehicle Maintenance & Parking | $ 0 |
| Cellular & Home Phone(s) | $ 0 |
| Cable, Satellite & Internet | $ 0 |
| Vehicle Gas, Maintenance, Parking | $ 0 |
| Tuition/School | $ 0 |
| Life Insurance | $ 0 |
| Condo / HOA Fees | $ 0 |
| Alimony, Child Support Payments | $ 0 |
| Childcare / Daycare | $ 0 |
| Other (Please Specify): ___ | $ 0 |
| **Total Expenses:** | $ 0 |

11/11/05

## 1. Required Pre-foreclosure Sale Information

**Listing Agreement**
- Listing agreement must be signed and dated by the listing agent and seller. It must be valid and not expired at the time the contract is signed. The property must be listed on MLS.

**Pre-foreclosure Sale Contract**
- The purchase contract must be signed and dated by all parties and must include verbiage that the closing will occur within 45 days or more of lender Pre-foreclosure sale approval.
- Add other documents as needed depending on condition.

**Pre-foreclosure Sale Affidavit**
- The Pre-foreclosure sale affidavit must be signed and dated by all parties including buyer(s), seller(s), buyer's agent, and seller's agent.

**Pre-foreclosure Sale or Deed in Lieu**
- Include 3 months all bank and investment statements
- If self-employed, most recent quarterly P&L must be completed by a CPA

## 2. Bankruptcy, SCRA and Credit Counseling

| | | | |
|---|---|---|---|
| **Bankruptcy** | • Has any borrower filed for bankruptcy? | ☐ Yes | ☑ No |

☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13

Filing date: _____ Case Number: _____

| | | | |
|---|---|---|---|
| | • Has your bankruptcy been discharged? | ☐ Yes | ☐ No |
| **SCRA** | • Is any Borrower an active duty service member? | ☐ Yes | ☑ No |
| | • Is any Borrower receiving hostile pay? | ☐ Yes | ☐ No |
| | • Have you recently been deployed away from your principal residence or recently received a permanent change of station order? | ☐ Yes | ☑ No |
| | • Is any borrower the surviving spouse of a deceased service member who was on active duty at the time of death? | ☐ Yes | ☐ No |
| **Credit Counseling** | • Have you contacted a credit counseling agency for help? | ☐ Yes | ☐ No |

Counselors Name: _____

Agency's Name: _____

Counselors Phone Number: _____

Counselors Email Address: _____

| | | |
|---|---|---|
| • Has the mortgage on your principal residence ever had a Home Affordable Modification Program (HAMP) trial period plan or other permanent modification? | ☐ Yes | ☐ No |
| • Has any property that you or any Co-Borrower own had a permanent HAMP modification | ☐ Yes | ☑ No |

## 1. Borrower Certification and Agreement

1. I certify and acknowledge that all the information in this Mortgage Assistance Application is truthful, and the hardship(s) identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.

2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested and will respond in a timely manner to all servicer or authorized third party* communications.

3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted about my request.

4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.

5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law. Personal information may include but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.

6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.

7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including my cell telephone number, or email address I have provided to the lender, servicer, or authorized third party.

\* An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: _____    Date: 12/13/23

Co-Borrower signature: _____    Date: _____

**Please submit your completed application, together with the required documentation in one of the following**

- **Email:** LossMitigation@servbank.com
- **FAX:** (888) 292-5541
- **Mail:** 3138 E. Elwood Street
  Phoenix, AZ 85034
- **Upload via portal at https://MyLoan.Servbank.com or via mobile app**

We are here to help. If you have any questions, please reach out to us at (866) 867-0330

We will contact you within five business days, or fewer according to applicable state law to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provided to help us identify the assistance you may be eligible to receive.

**A. Hardship Statement**

I, Jamerce James, has been effected by Pandemic hardship more that has been occured since March 2020 until now Dec. 2023. My business saw a decrease in revenue over 50% due to small businesses closing and no longer needing my services. The lack has continued due to many of these businesses not reopening or going for new normal work schedules. This has been engoing cause if my mortgage delinquency

Borrower signature: _____ Date: 12/18/23

Co-Borrower signature: _____ Date: _____

**Form 4506T-EZ**
(March 2021)
Department of the Treasury
Internal Revenue Service

## Short Form Request for Individual Tax Return Transcript

OMB No. 1545-2154

▸ Request may not be processed if the form is incomplete or illegible.
▸ For more information about Form 4506T-EZ, visit *www.irs.gov/form4506tez*.

Tip. Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. <br> Jamaree James | **1b** First social security number or individual taxpayer identification number on tax return <br> 254856418 |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

Jamaree James, 6470 Saint Mark Way    Fairburn Ga 3021_

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

N/A

**5** Customer file number (if applicable) (see instructions)

**Note:** Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See **What's New** under **Future Developments** on Page 2 for additional information.

**6** Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

2022        2021

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS will notify you that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** spouse must sign. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506T-EZ. See instructions.**

| | | |
|---|---|---|
| **Sign Here** | Signature (see instructions) | Date 12/13/23 | Phone number of taxpayer on line 1a or 2a <br> 678-775-9078 |
| | Spouse's signature | Date | |

Form 4506T-EZ (Rev. 3-2021)

Page 2

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about developments related to Form 4506T-EZ, such as legislation enacted after it was published, go to www.irs.gov/form4506tez.

The filing location for the Form 4506T-EZ has changed. Please see the Where to File section for your new mailing location.

**What's New.** As part of its ongoing efforts to protect taxpayer data, the Internal Revenue Service announced that in July 2019, it will stop all third-party mailings of requested transcripts. After this date masked Tax Transcripts will only be mailed to the taxpayer's address of record. If a third-party is unable to accept a Tax Transcript mailed to the taxpayer, they may either contract with an existing IVES participant or become an IVES participant themselves. For additional information about the IVES program, go to www.irs.gov and search IVES.

## General Instructions

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript for the current and the prior three years that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a tax year beginning in one calendar year and ending in the following year (fiscal tax year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Customer File Number.** The transcripts provided by the IRS have been modified to protect taxpayers' privacy. Transcripts only display partial personal information, such as the last four digits of the taxpayer's Social Security Number. Full financial and tax information, such as wages and taxable income, are shown on the transcript.

An optional Customer File Number field is available to use when requesting a transcript. This number will print on the transcript. See Line 5 instructions for specific requirements. The customer file number is an optional field and not required.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when the return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Florida, Louisiana, Mississippi, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 855-587-9604 |
| Alabama, Arkansas, Delaware, Georgia, Illinois, Indiana, Iowa, Kentucky, Maine, Massachusetts, Minnesota, Missouri, New Hampshire, New Jersey, New York, North Carolina, Oklahoma, South Carolina, Tennessee, Vermont, Virginia, Wisconsin | RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 855-821-0094 |
| Alaska, Arizona, California, Colorado, Connecticut, District of Columbia, Hawaii, Idaho, Kansas, Maryland, Michigan, Montana, Nebraska, Nevada, New Mexico, North Dakota, Ohio, Oregon, Pennsylvania, Rhode Island, South Dakota, Utah, Washington, West Virginia, Wyoming | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 855-298-1145 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Line 5.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number **should not** contain an SSN. Completion of this line is not required.

**Note.** If you use an SSN, name or combination of both, we will not input the information and the customer file number will reflect a generic entry of "9999999999" on the transcript.

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. If you request a transcript, sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service Tax Forms and Publications Division 1111 Constitution Ave. NW, IR-6526 Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

EXHIBIT J



| | |
|---|---|
| **Date:** | **December 14, 2023** |
| **Loan Number:** | **0848145025** |

For Return Mail Only:
P.O. BOX 1298
SOUTH WINDSOR, CT 06074-7298
LM604

------ manifest line ---------
Jamaree James
6470 St Mark Way
Fairburn GA 30213

**Property Address:**
6470 St Mark Way
Fairburn GA 30213

### Resources

 Message Center:
myloan.servbank.com/MSG

 Correspondence:
Attn: Care Center
3138 E. Elwood St
Phoenix, AZ 85034

Hours:
Mon - Fri: 8am - 9pm ET
Sat: 8am - 12pm ET

Phone:
866.867.0330

**Program Types:**

(x) Forbearance
(x) Repayment plan
(x) Streamline Modification

(x) Modification
(x) Pre-Foreclosure Sale
(x) Deed in Lieu

Dear Homeowner,

We have received your request for Loss Mitigation Assistance and reviewed the documentation you supplied in connection with this request. Your request for Loss Mitigation Assistance was carefully considered and we regret that we are unable to review your application at this time, for the following reason(s):

**Due to the foreclosure sale date being less than 30 days away, we do not have sufficient time to evaluate you for loss mitigation options.**

At Servbank our mission is to Create Excellence in everything we do. If you have any questions or if you would like to request a reinstatement quote to bring your account current prior to the scheduled foreclosure sale date, please feel free to contact one of our highly-trained Resolutionist team members at 866.867.0330. They are available Mon - Fri: 8am - 9pm ET, and Sat: 8am - 12pm ET, excluding major holidays. You may also view additional information regarding your mortgage on your self-service online account at myloan.servbank.com/MSG.

Sincerely,

Servbank
Ally Team

Please see attached legal disclaimer for additional information.



Allied First Bank, sb dba Servbank
3138 E. Elwood St
Phoenix, AZ 85034

| NMLS: 203463 | v1.0 | LM604 |
|---|---|---|
| 866.867.0330 | rev.09/22/2023 | 1 of 1 |

Member FDIC



**Notice**: This is a communication from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Credit Reporting Notice**: We will continue to report the delinquency status of your mortgage as well as your entry into a forbearance plan to credit reporting agencies in accordance with applicable law. **CREDIT REPORTING AGENCIES GENERALLY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENTS AS AN INCREASED CREDIT RISK. HOWEVER, A FORECLOSURE WOULD HAVE A MORE NEGATIVE IMPACT TO YOUR CREDIT SCORE.**

**Bankruptcy Notice**: If you have an active bankruptcy or you have received a bankruptcy discharge regarding your mortgage loan, we are sending this for informational or legal purposes only and are not attempting to collect a debt against you personally. However, we reserve all rights to collect all amounts due to us from any collateral as to which we or our clients hold a mortgage or other security interest, and from any borrower who has not received a bankruptcy discharge.

**Important Servicemember Protections:** You may be entitled to certain legal rights and protections if you or any owner of your home are or recently were on active duty or active service as a federal or state military servicemember, or if you're a dependent of such a servicemember. For more information, please contact our Customer Care Center. You may also call (800) 342-9647 for further assistance or visit www.militaryonesource.mil. Servicemembers and dependents with questions about the Servicemembers Civil Relief Act should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at https://legalassistance.law.af.mil/.

**Get Help Today! Experts from HUD-approved housing counseling agencies work in your best interest at no cost to you:**

- For more information about available programs and guidance on your options, call (888) 995-HOPE (4673). Call 24 hours a day, 7 days a week, 365 days a year for help in more than 170 languages. Dial 711 for hearing impaired.
- For foreclosure prevention counseling, contact a HUD-approved housing counseling agency in a city near you by visiting www.hud.gov/findacounselor or by calling (800) 569-4287.
- For borrowers who may need a Telecommunication Device for the Deaf (TDD) or Text Telephone (TYY), you can call the toll-free Federal Information Relay Service at (800) 877-8339.

**Notice of Error and Information Requests:** You have certain rights under Federal law related to resolving account errors and requesting information about your account. If you think there is an error with your mortgage loan account or if you wish to request information about your mortgage loan, you may write to us at the following address:

Servbank
Attn: Qualified Written Request
3138 E. Elwood Street
Phoenix, AZ 85034

Please include the following information: Your full name, account number, mailing address, and a brief description of the error you believe has occurred with your mortgage loan; or the account information you are requesting. We will review your correspondence and provide a response within thirty (30) business days of receipt.

**Notice Regarding Equal Credit:** The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. If you believe there has been the applicant has in good faith exercised any right under the Consumer Credit Protection Act. If you believe there has been discrimination in handling your application, you should contact:

Division of Depositor and Consumer Protection,
National Center for Consumer and Depositor Assistance,
Federal Deposit Insurance Corporation
1100 Walnut Street, Box #11
Kansas City, MO 64106

## Notice of Homeowner Assistance Fund Availability

The Homeowner Assistance Fund (HAF) is a federal program authorized by The American Rescue Plan Act of 2021. The purpose of the HAF is to help homeowners experiencing a financial hardship as a result of COVID-19 catch up on mortgage and utility bills and pay other housing costs. Funds from the HAF may be used for assistance with past-due mortgage payments, homeowner s insurance, utility payments, and other specified purposes. Each state is responsible for requesting and disbursing funds under their own HAF programs. As state programs become available, they will be listed on the National Council of State Housing Agencies (NCSHA) website at https://www.ncsha.org/homeowner-assistance-fund/.

As your mortgage servicer, we are happy to coordinate with the State Housing Finance Agencies and state HAF programs on getting our customers back on track.

- For more information on your state HAF program, please visit the NCSHA website above.
- The website provides a *Homeowner Assistance Fund by State interactive map* that allows you to view the HAF information for your state.
- Click on a state to get the latest information, including program status, eligibility requirements, and how to apply for financial assistance.

## Aviso de Disponibilidad del Fondo de Asistencia al Propietario

El Fondo de Asistencia para Propietarios (HAF, por sus siglas en inglés) es un programa federal autorizado por la Ley del Plan de Rescate Estadounidense de 2021. El propósito del HAF es ayudar a los propietarios que experimentan dificultades financieras como resultado de COVID-19 a ponerse al día con las facturas hipotecarias y de servicios públicos y pagar otros costos de vivienda. Los fondos del HAF pueden ser utilizados para asistencia con los pagos de hipoteca vencidos, de seguro del propietario, de servicios públicos u otros propósitos especificados. Cada estado es responsable de solicitar y desembolsar fondos bajo sus propios programas de HAF. A medida de que los programas estatales estén disponibles, serán incluidos en el sitio web del Consejo Nacional de Agencias de Vivienda Estatales (NCSHA) en https://www.ncsha.org/homeowner-assistance-fund/.

Como administrador de su hipoteca, nos complace coordinar con las Agencias de Financiamiento de vivienda Estatales y los programas estatales de HAF para que nuestros clientes se pongan al día.

- Para obtener más información sobre el programa HAF de su estado, visite el sitio web de NCSHA arriba.
- El sitio web proporciona un *mapa interactivo del Fondo de Asistencia para Propietarios por Estado* que le permite ver la información de HAF para su estado.
- Haga clic en un estado para obtener la información más reciente, incluyendo el estatus del programa, los requisitos de elegibilidad y cómo solicitar asistencia financiera.